UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
ASKIA WASHINGTON

WARRANT FOR ARREST

CASE NUMBER: 13-316-M-4

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ASKIA WASHINGTON

and bring him forthwith to the nearest magistrate judge to answer a(n)

**Complaint**

charging him with (brief description of offense)

One: Attempted commission, and aiding and abetting the attempted commission, of robbery which interferes with interstate commerce.

Two: Carrying a firearm, and aiding and abetting the carrying of a firearm, during and in relation to a crime of violence which may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Section(s) 1951, 924(c), and 2

| CAROL SANDRA MOORE WELLS | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Carol S. Wells* (signature) | March 15, 2013 / Phila., PA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

_____

| DATE RECEIVED 3/15/13 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/15/13 | John F. Bowman Special Agent, ATF | ATF |