IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## INDICTMENT

13-171

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: __Continental__          County: __Philadelphia__

City and State of Defendant: __SEE REVERSE SIDE__

County: __SEE REVERSE SIDE__          Register number: __SEE REVERSE SIDE__

Place of accident, incident, or transaction: __Eastern District of Pennsylvania__

Post Office: __Unknown__          County: __Unknown__

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: **NO**

Case Number: **N/A**          Judge: **N/A**

CRIMINAL: (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)
1. ( ) Antitrust
2. ( ) Income Tax and other Tax Prosecutions
3. ( ) Commercial Mail Fraud
4. ( ) Controlled Substances
5. ( ) Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. (X) General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES):

18 U.S.C. § 1951 (conspiracy to commit robbery which interferes with interstate commerce - 1 count); 18 U.S.C. § 1951 (attempted robbery which interferes with interstate commerce - 1 count); 21 U.S.C. § 846 (conspiracy to possess with the intent to distribute 5 kilograms or more of cocaine - 1 count); 21 U.S.C. § 846 (attempted possession with intent to distribute 5 kilograms or more of cocaine - 1 count); 18 U.S.C. § 924(c)(1)(A)(carrying a firearm during and in relation to a crime of violence and to a drug trafficking crime - 1 count); 18 U.S.C. § 922(g)(1)(convicted felon in possession of a firearm - 1 count); 18 U.S.C. § 2 (aiding and abetting); Notice of Forfeiture

DATE: 4/11/13

SALVATORE L. ASTOLFI
Assistant United States Attorney

File No. 2013R00194
U.S. v. Dwight Berry