IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: JULY 9, 2013 |
| vs. | : | |
| | : | Criminal No. 13-171-4 |
| JERMAU JOHNSTON | | |

1315 SOUTH 57TH STREET
PHILA., PA.  19143

**TAKE NOTICE** that the above-entitled case has been set for **HEARING - VIOLATION OF BAIL CONDITIONS** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **FRIDAY, JULY 26, 2013** at **2:30 P.M.** before the Honorable Joel H. Slomsky,  in Courtroom 5-C, 5TH FLOOR.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

|  | Very truly yours, |
|---|---|
| **ENCLOSURE: COPY OF PETITION** | Margaret Gallagher |
|  | Deputy Clerk to  Judge Slomsky |

[NO]  INTERPRETER REQUIRED
[]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM

Notice to:
Defendant
Defense Counsel

| | |
|---|---|
| COLEY O. REYNOLDS, ESQ. | Salvatore L. Astolfi, A.U.S.A. (via email) |
| LAW OFFICES OF COLEY O. REYNOLDS | U.S. Marshal (via email) |
| 1420 WALNUT STREET | Probation Office (via email) |
| SUITE 318 | Pretrial Services - Lee A. Saltzburg |
| PHILA., PA.  19102 | Larry Bowman (via email) |

Cr 4 (rev. 8/98)