PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jermau Johnston                                              Docket No. 13-171-4

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Lee A. Saltzburg, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Jermau Johnston, who was placed under pretrial release supervision by the Honorable Timothy R. Rice sitting in the Court at Philadelphia, on April 1, 2013, under the following conditions:

1. Bail set at $100,000 OR
2. Report as directed to Pretrial Services
3. Submit to random drug testing as directed by Pretrial Services
4. Submit to electronic monitoring at 1315 S.57th Street, Philadelphia, PA 24 hours a day (He may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)
5. Surrender not to possess a passport
6. Travel restricted to the Eastern District of Pennsylvania
7. Surrender not to possess any firearms
8. No contact with co-defendants, potential witnesses in this case, or individuals engaged in any criminal activity.

Respectfully presenting petition for action of Court and for cause as follows:

1. On July 3, 2013 the monitoring device reported an unauthorized leave from his residence at 9:46P.M. Attempts by this officer to contact the subject's residence were unsuccessful, and no messages were left by the subject on this officer's voicemail or on Pretrial Services after hours line. Pretrial Services contacted the defendant's brother Daymar Johnston at 12:05 A.M. and he reported the subject was taken in for questioning due to a dispute at the house involving the subject and his girlfriend. He stated the subject should be released at some point later that evening. On July 4, 2013 at 9:00 A.M. we contacted Officer Alfrieda Moore of the Philadelphia Police Department who confirmed Mr. Johnston was in custody and would be charged with misdemeanor offenses of Simple Assault, Harassment and Recklessly Endangering. Officer Moore advised that the subject pushed his girlfriend up against a wall, and that she may decline to press charges. She advised no bail has been set at this point.

2. On July 4, 2013 at 5:38 P.M. Officer Moore called to report that the defendant's bail had been set at $5000 sign on bond and he would be released shortly. The monitoring company reported Mr. Johnston returned to his residence at 6:09 P.M. on July 4, 2013.

3.  Automated record check conducted though NCIC, and the PA State Police confirmed the new arrest and charges. Please see the attached copy of the Philadelphia Police Department arrest report.

This case is scheduled for trial before Your Honor on November 19, 2013. The government is represented in this matter by AUSA Salvatore Alstofi, Mr. Johnston is represented by court appointed counsel Coley Reynolds, Esq. Both counsel will be copied on this petition.

PRAYING THAT THE COURT WILL ORDER a bail violation hearing be held at the earliest possible date.

ORDER OF COURT

Considered and ordered this __8th__ day of __July__, 20_13_ and ordered filed and made a part of the records in the above case.

_Joel Slomsky_
Joel H. Slomsky
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_signature_
Lee A. Saltzburg
U.S. Pretrial Services Officer

Place: Philadelphia

Date: July 5, 2013

# Philadelphia Police Department Arrest Report

Page 1 of 2 PAR

10

**Defendant:** last name: **JOHNSON**
first name: **JERMAU** middle initial:
**Sex:** Male **SSN:** - -
**Race:** Black
**DOB:** 04/03/1994
**Birth Place:** Philadelphia
**Address:** 1315 S 57TH ST Philadelphia PA 19100-
**Phone #:** 215-000-0000

| | | | | |
|---|---|---|---|---|
| Year: 2013 | District: 12 | DC#: 13-12-046255 | PSA: 4 | Ctrl#: 08338 |
| PID: 1079042 | | OTN: N8700285 | Event: 1085984 | CBN: 1223284 |
| Crime Class: 815 | | Desc: Other Assaults - Domestic Abuse, Simple Assault | Authority: Philadelphia Police Department | |
| DFJ: N | | | FBI / FID: | |

**Arrest Name:**   **DOB:** 00/00/0000   **SSN:**

## ARREST INFORMATION:

Date / Time: 07/03/2013 09:35PM   District: 12   Inside/Outside: O   Arrest Type: SA
1315 S 57TH ST Philadelphia PA 19100-
Slating Date: 07/04/2013   Slating Time: 12:00AM   Sum/Warr:   Issued By AC Magistrate:

## OCCURRENCE:

Date / Time: 07/03/2013 09:15PM   Date reported: 00/00/0000 00:00AM   Inside/Outside: O   Codefendants?: N
1315 S 57TH ST Philadelphia PA 19100-
**Gun Involved:**   **Gun Discharged:**   **Shooting Victim:**

## FACTS OF THE CASE:

ON 07/03/13 AT APPROX 9:32PM POLICE RESPONDED TO A RADIO CALL FOR A DOMESTIC ASSAULT. UPON ARRIVAL THEY MET WITH THE COMPLAINANT WHO STATED HER BOYFRIEND JERMAU JOHNSON PUSHED HER AGAINST THE WALL BY HER SHOULDERS. POLICE ARRESTED THE DEFENDANT.

THE COMPLAINANT WAS INTERVIEWED AND STATED THAT THE DEFENDANT PUSHED HER ONE TIME BY HER SHOULDERS AGAINST A WALL INSIDE HIS HOME. SHE STATED SHE WAS NOT INJURED. SHE FURTHER STATED A WEEK PRIOR HE GRIPPED HER UP BY HER SHIRT. SHE STATED THAT SHE DID NOT REPORT THAT INCIDENT TO POLICE.

## CHARGES:

| Code | OC | Description | Grade | Counts |
|---|---|---|---|---|
| CC2701 | | SIMPLE ASSAULT | M2 | 001 |
| CC2705 | | REAP | M2 | 001 |
| CC2709A | | HARASSMENT | S | 001 |

**REQUESTED HEARING DATE:** 8-5-13
**REQUESTED HEARING LOCATION:** 1301 VINE-B

CR-0026042
5,000 JOB

## COMPLAINANTS AND WITNESSES:

**Complainant(s)**
PHYLLIS BLACKSTON
1042 S FRAIZER ST Philadelphia PA 19143-   Age: 16   Phone(H): 267-524-5990   Phone(W): 215-000-0000   SSN: - -

## ARREST REPORT BY:

224269 CONNELL TIMOTHY
**Badge Description**
9049 65 Southwest Detective Division
Unit Id: 0   Platoon: 3   Squad: A   Group Id:

## ARREST REPORT APPROVED BY:

Supervisor- payroll no:   Approval Code:

## POLICE PERSONNEL:

| Employee Name | Payroll Number | Badge | Dist/Unit | Platoon/Group | Vacation Dates | Vacation Description | Needed At Hearing Police/Sup | Arrest OFC. |
|---|---|---|---|---|---|---|---|---|
| RIDDICK ERIC | 191062 | 2247 | 12/0 | 2 C | 07/11/2013 to 08/01/2013 | Vacation | N / R | Y |
| RIDDICK ERIC | | | | C | 08/13/2013 to 08/20/2013 | Vacation | N / R | Y |
| CONNELL TIMOTHY | 224269 | 9049 | 65/0 | 3 A | | | N / R | N |
| THOMPSON PATRIC PATRICK | 269538 | 3620 | 12/0 | 2 B | | | N / R | N |

## ADDITIONAL INFORMATION:

Hits: N   Statement?:   Lab User Fees Requested?:   ADA Concerns?:

Rev. 11/1996 ORIGINAL DOCUMENT