IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: NOVEMBER 5, 2013 |
| vs. | : | |
| | : | Criminal No. 13-171-2 |

ASKIA WASHINGTON
USM # 69032-066            **"FEDERAL CUSTODY"**
FDC - PHILA.
700 ARCH STREET
P.O. BOX 562
PHILA., PA.  19105

"**PLEASE NOTE NEW DATE AND TIME OF HEARING**"

**TAKE NOTICE** that the above-entitled case has been set for **HEARING ON ALL MOTIONS, INCLUDING MOTIONS TO SUPPRESS & ANY NECESSARY STARKS OR DAUBERT HEARING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **WEDNESDAY, MARCH 19, 2014** at **2:30 P.M.** before the Honorable Joel H. Slomsky, in Courtroom 5-C, 5TH FLOOR.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

**ATTN: HEARING SCHEDULED FOR**           Very truly yours,
**11/13/2013 HAS BEEN CONTINUED TO**      Margaret Gallagher
**WEDNESDAY, MARCH 19, 2014 AT**          Deputy Clerk to  Judge Slomsky
**2:30 P.M.**

[NO]  INTERPRETER REQUIRED
[X]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM 11/13/2013

                                    Notice to:
                                    Defendant
                                    Defense Counsel
ROLAND B. JARVIS, ESQ.              Salvatore L. Astolfi, A.U.S.A. (via email)
JARVIS LAW ASSOCIATES PC            U.S. Marshal (via email)
20 NORTH THIRD STREET               Probation Office (via email)
4TH FLOOR                Pretrial Services (via email)
PHILA., PA.  19106                  Larry Bowman (via email)

Cr 4 (rev. 8/98)