IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>ASKIA WASHINGTON,<br><br>　　　　　Defendant | CRIMINAL NO: 13-00171-02<br><br>Honorable Joel H. Slomsky |

**DEFENDANT ASKIA WASHINGTON'S UNOPPOSED**
**MOTION AND MEMORANDUM OF LAW FOR**
**CONTINUANCE OF TRIAL**

　　COMES NOW, defendant Askia Washington, by and through CJA Counsel, Roland B. Jarvis, Esquire, and moves this Honorable Court for a continuance of trial, currently scheduled for April 2, 2014 and in support of said motion states the following:

　　1.　On or about April 11, 2013, defendant was charged in a six-count Indictment with conspiracy to commit Hobbs Act Robbery (Count I), aiding and abetting Hobbs Act Robbery (Count II), conspiracy to possession with intent to distribute five kilograms of cocaine (Count III), aiding and abetting the knowing and intentional possession of five kilograms of cocaine (Count IV), knowingly carrying and aiding and abetting the carrying of firearms (Count V) and felon in possession of firearms (Count VI).

　　2.　On or about April 15, 2013, defendant appeared before a U.S. Magistrate Judge for arraignment on the Indictment and entered a plea of Not Guilty all counts of the Indictment.

　　3.　On or about that same date, this Honorable Court entered a scheduling Order setting June 10, 2013 as the date for Trial.

4. On or about June 7, 2013, defendant filed a motion for continuance more time to process the evidence and consult with his counsel as to assessment of preliminary discovery provided thus far by government counsel.

5. Said motion for continuance was granted and Trial was scheduled for April 2, 2014.

6. Defendant has received voluminous discovery from the government consisting of under cover video and tape recordings all implicating him in a conspiracy to rob a fictitious stash house that the Bureau of ATF created as a rouse to identity known felons who specialize in such criminal behavior.

7. Defendant is still evaluating his options to either plead guilty or proceed to trial but requires additional time to complete his efforts to secure ATF documents regarding policies and procedures for "stash house" robbery investigations and the impact on African Americans, Hispanics and other minorities in the Eastern District of Pennsylvania.

8. The two co-defendants have pled guilty and are awaiting sentencing; their rights will not be prejudiced by the granting of this motion.

9. Defendant understands his right to a speedy trial and has executed the attached Waiver confirming his desire to continue this matter for at least ninety days.

10. In addition, the interest of justice allows undersigned Counsel to seek additional time for preparation of competent defense strategies given the serious nature of the charges contained in the Indictment. See, Title 18 U.S.C. Sections 3161(h)(1), (h)(7)(A) and (h)(7)(B)(iv).

11.     Furthermore, undersigned counsel is authorized to represent that the government is unopposed to this request for relief.

WHEREFORE, defendant Askia Washington and undersigned Counsel respectfully request this Honorable Court enter an appropriate Order GRANTING the unopposed motion for continuance.

Respectfully submitted,

*/s/ Roland B. Jarvis*
_____
Roland B. Jarvis, Esquire
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I, Roland B. Jarvis, hereby certify that a true and exact copy of the enclosed Unopposed Motion for Continuance of Trial was served upon the below listed parties via first class mail, postage paid, or Electronic Case Filing on this 7st day of March 2014.

Salvatore Astolfi, Esquire
Assistant U.S. Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

AskiaWashington
Inmate No. 69032-066
FDC - Philadelphia
700 Arch Street
P.O. Box 562
Philadelphia, PA 19105

                                            */s/ Roland B. Jarvis*
                                            Roland B. Jarvis