IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: APRIL 29, 2014 |
| vs. | : | |
| | : | Criminal No. 13-171-2 |
| ASKIA WASHINGTON | | |

USM # 69032-066          **"FEDERAL CUSTODY"**
FDC - PHILA.
700 ARCH STREET
P.O. BOX 562
PHILA., PA.  19105

TAKE NOTICE that the above-entitled case has been set for **HEARING ON DEFENDANT'S MOTION FOR DISCOVERY & EVIDENTIARY HEARING ON THE ISSUE OF RACIAL PROFILING/SELECTIVE PROSECUTION** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **TIESDAY, MAY 13, 2014** at **9:30 A.M.** before the Honorable Joel H. Slomsky, in Courtroom 5-C, 5TH FLOOR.

ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,
Margaret Gallagher
Deputy Clerk to  Judge Slomsky

**[NO]  INTERPRETER REQUIRED**
**[] THIS PROCEEDING HAS BEEN RESCHEDULED FROM**

Notice to:
Defendant
Defense Counsel

| | |
|---|---|
| ROLAND B. JARVIS, ESQ. | Salvatore L. Astolfi, A.U.S.A. (via email) |
| JARVIS LAW ASSOCIATES PC | U.S. Marshal (via email) |
| 20 NORTH THIRD STREET | Probation Office (via email) |
| 4TH FLOOR | Pretrial Services (via email) |
| PHILA., PA.  19106 | Larry Bowman (via email) |

Cr 4 (rev. 8/98)