IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASKIA WASHINGTON | CRIMINAL ACTION<br>NO. 13-171-2 |

### ORDER

**AND NOW**, this 13th day of May 2014, following a hearing on Defendant's Motion for Discovery and Evidentiary Hearing on the Issue of Racial Profiling/Selective Prosecution (Doc. No. 126), it is **ORDERED** that the Clerk of Court **SHALL** docket the attached documents, marked as D-1 and D-2, from Defendant.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.