IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASKIA WASHINGTON,<br><br>           Defendant. | CRIMINAL ACTION<br>NO. 13-171-2 |

### ORDER

**AND NOW**, this 30th day of June 2014, upon consideration of Defendant's pro se letter with attached exhibits (Doc. No. 121), Defendant's Motion for Discovery and Evidentiary Hearing on the Issue of Racial Profiling/Selective Prosecution (Doc. No. 126), the Government's Response in Opposition (Doc. No. 127), the arguments made by counsel for the parties at a hearing on the Motion held on May 13, 2014, supplemental documents provided by Defendant at the hearing (Doc. No. 130), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion for Discovery and Evidentiary Hearing on the Issue of Racial Profiling/Selective Prosecution (Doc. No. 126) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.