IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASKIA WASHINGTON,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 13-171-2 |

### ORDER

**AND NOW**, this 8th day of July 2014, upon receipt of Defendant's pro se Motion for Reconsideration dated July 7, 2014, it is **ORDERED** as follows:

1. The Clerk of Court **SHALL** docket the attached Motion for Reconsideration dated July 7, 2014.

2. The Government shall file a Response to the Motion no later than **July 25, 2014**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.