IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: JULY 15, 2014 |
| vs. | : | |
| | : | Criminal No. 13-171-2 |

ASKIA WASHINGTON
USM # 69032-066          **"FEDERAL CUSTODY"**
FDC - PHILA.
700 ARCH STREET
P.O. BOX 562
PHILA., PA.  19105

**TAKE NOTICE** that the above-entitled case has been set for **HEARING ON COUNSEL'S MOTION FOR LEAVE TO WITHDRAW** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **MONDAY, JULY 28, 2014** at **10:30 A.M.** before the Honorable Joel H. Slomsky, in Courtroom 5-C, 5TH FLOOR.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,
Margaret Gallagher
Deputy Clerk to  Judge Slomsky


[NO]  INTERPRETER REQUIRED
[]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM


Notice to:
Defendant
Defense Counsel

ROLAND B. JARVIS, ESQ.                  Salvatore L. Astolfi, A.U.S.A. (via email)
JARVIS LAW ASSOCIATES PC           U.S. Marshal (via email)
20 NORTH THIRD STREET              Probation Office (via email)
4TH FLOOR                                     Pretrial Services (via email)
PHILA., PA.  19106                              Larry Bowman (via email)

Cr 4 (rev. 8/98)