IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: JULY 17, 2014 |
| vs. | : | |
| | : | Criminal No. 13-171-1 |

DWIGHT BERRY
USM # 69031-066           **"FEDERAL CUSTODY"**
FDC - PHILA.
700 ARCH STREET
P.O. BOX 562
PHILA., PA.  19105

**"PLEASE NOTE NEW DATE & TIME OF SENTENCING"**

   **TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **TUESDAY, NOVEMBER 25, 2014** at **9:30 A.M.** before the Honorable Joel H. Slomsky, in Courtroom 5-C, 5TH FLOOR.

   **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

   If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

**ATTN: SENTENCING SCHEDULED**  Very truly yours,
**FOR 8/8/2014 HAS BEEN CONTINUED**  Margaret Gallagher
**TO TUESDAY, NOVEMBER 25, 2014**  Deputy Clerk to  Judge Slomsky
**AT 9:30 A.M.**

[NO]  INTERPRETER REQUIRED
[X]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM 8/8/2014

           Notice to:
           Defendant
           Defense Counsel
KENNETH C. EDELIN, JR., ESQ.  Salvatore L. Astolfi, A.U.S.A. (via email)
KENNETH EDELIN, ESQ. P.C.  U.S. Marshal (via email)
1515 MARKET STREET  Probation Office - Megan Maier
SUITE 1200  Pretrial Services (via email)
PHILA., PA.  19102  Larry Bowman (via email)
PHILA., PA.  19102
Cr 4 (rev. 8/98)