IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASKIA WASHINGTON | CRIMINAL ACTION<br>NO. 13-171-2 |

## **ORDER**

**AND NOW**, this 28th day of July 2014, following a hearing on Defense Counsel's Motion for Leave to Withdraw (Doc. No. 139), it is **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for reasons stated on the record during the hearing.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.