IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: August 28, 2014 |
| vs. | : | |
| | : | Criminal No. 13-171-2 |

ASKIA WASHINGTON
USM # 69032-066                    **"FEDERAL CUSTODY"**
FDC - PHILA.
700 ARCH STREET
P.O. BOX 562
PHILA., PA.  19105

"**PLEASE NOTE NEW DATE OF TRIAL**"

TAKE NOTICE that the above-entitled case has been set for **TRIAL** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **WEDNESDAY, FEBRUARY 25, 2015** at **9:30 A.M.** before the Honorable Joel H. Slomsky, in Courtroom to be assigned.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

**ATTN: TRIAL SCHEDULED FOR**          Very truly yours,
**9/9/2014 HAS BEEN CONTINUED**        Margaret Gallagher
**TO WEDNESDAY, FEBRUARY 25, 2015**    Deputy Clerk to  Judge Slomsky
**AT 9:30 A.M.**

**[NO]  INTERPRETER REQUIRED**
**[X]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM 9/9/2014**

                                   Notice to:
                                   Defendant
                                   Defense Counsel
ROLAND B. JARVIS, ESQ.              Salvatore L. Astolfi, A.U.S.A. (via email)
JARVIS LAW ASSOCIATES PC            U.S. Marshal (via email)
20 NORTH THIRD STREET             Probation Office (via email)
4TH FLOOR                          Pretrial Services (via email)
PHILA., PA.  19106                 Larry Bowman (via email)

Cr 4 (rev. 8/98)