2013-170381

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Shawna Hartung_ attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746 that the information contained in this declaration is true and correct. I am employed by _Sprint_ (business), and that my official title is _Subpoena Specialist_. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _Sprint_ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of _105_ pages.

I further state that:

    A.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business activity of _Sprint_ (business); and

    C.    such records were made by _Sprint_ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_October 15, 2013_                           _Shawna Hartung_
Date                                         Signature

**GOVERNMENT EXHIBIT 202b**