## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Ronald Witt__ attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746 that the information contained in this declaration is true and correct. I am employed by _____ __Mobile__ (business), and that my official title is __Records Custodian__. I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of __Mobile__ (name of business from which documents are produced), and that I am the custodian of the attached records consisting of __Multiple__ pages.

I further state that:

    A.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business activity of __Mobile__ (business); and

    C.    such records were made by __Mobile__ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

__17 Apr 2013__  
Date

Signature

GOVERNMENT EXHIBIT 203b

2013-058680