Case 2:13-cr-00171-JHS Document 175 Filed 02/05/15 Page 1 of 3

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     **CRIMINAL NO. 13-171-2** |
| ASKI WASHINGTON,<br>a/k/a "Ski," | : |

### PROTECTIVE ORDER CONCERNING DISCLOSURE OF JENCKS ACT AND GIGLIO MATERIAL

AND NOW, this /2th day of February 2015, upon the motion of the United States for a protective order restricting the dissemination of material provided pursuant to the Jencks Act and pursuant to its obligations under Giglio v. United States, 405 U.S. 150 (1972), as well as any material containing the names of witnesses identified in Jencks and Giglio materials, including but not limited to the government's exhibit list and list of trial witnesses, the Court has considered the papers filed. The Court has weighed the need of the defendants to review trial-related material with the government's interest in preserving the safety of its witnesses. The Court finds that the following restriction does not unduly impair the defendant's ability to assist counsel in preparing for trial and makes a reasonable accommodation for the safety of the government's witnesses in the face of a significant risk to their safety. The government's motion is GRANTED. It is hereby

### ORDERED

that counsel for defendant shall not provide copies of the following material to his client, shall not provide any writing to the defendant which discloses the substance of that material, and shall not allow the defendant to copy and keep this material: statements of non-agent government witnesses; reports of interview of non-agent government witnesses; plea agreements of

government witnesses; letters, if any, from the government disclosing information about non-agent government witnesses; transcripts of recordings identifying the undercover agent and non-agent government witness by name, the government's exhibit list, the government's list of trial witnesses, and the government's motion seeking this order. This order does not prohibit counsel from showing these materials to the defendant and discussing these materials at meetings with the defendant or from reading from or discussing these materials in telephone conversations with the defendant.

BY THE COURT:

HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*