IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASKIA WASHINGTON | CRIMINAL ACTION<br>NO. 13-171-2 |

## **ORDER**

**AND NOW**, this 12th day of February 2015, it is **ORDERED** that the Clerk of Court shall docket the attached letter from Defendant to his counsel entitled "Request That You File Motion for Additional Discovery."

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.