IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ASKIA WASHINGTON

CRIMINAL ACTION
NO. 13-171-2

## ORDER

**AND NOW**, this 13th day of February 2015, upon consideration of the Government's Motion to Admit Recordings and Memorandum of Law (Doc. No. 73), and the testimony at a hearing on the Motion held on February 12th, 2015, at which Special Agent John Bowman of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) testified regarding the audio and video recordings and transcripts of the audio recordings that will be used at trial by the Government in the above-captioned case, the Court finds the following:

1. The recording devices used were capable of accurately recording the conversations;
2. The operator of the recording devices was competent;
3. The recordings are authentic and correct;
4. There have been no changes in, additions to, or deletions from the recordings;
5. The recordings have been properly preserved;
6. The speakers on the recordings are properly identified; and
7. The transcripts of the recordings accurately represent the conversations on the recordings and accurately identify the speakers and parties to the recorded conversations.

It is further **ORDERED** that the Government may use at trial the audio and video recordings made from February 4, 2013 to March 15th, 2013 and the related transcripts.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.