IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: FEBRUARY 19, 2015 |
| vs. | : | |
| | : | Criminal No. 13-171-2 |
| ASKIA WASHINGTON | | |
| USM # 69032-066 | **"FEDERAL CUSTODY"** | |
| FDC - PHILA. | | |
| 700 ARCH STREET | | |
| P.O. BOX 562 | | |
| PHILA., PA.  19105 | | |

    **TAKE NOTICE** that the above-entitled case has been set for **HEARING - ARRAIGNMENT ON SUPERSEDING INDICTMENT & STATUS HEARING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **FRIDAY, FEBRUARY 20, 2015** at **11:30 A.M.** before the Honorable Joel H. Slomsky, in **Courtroom 10-B, 10TH FLOOR.**

    **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

    If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

                                            Very truly yours,
                                            Margaret Gallagher
                                            Deputy Clerk to  Judge Slomsky


**[NO]  INTERPRETER REQUIRED**
**[]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM**


                            Notice to:
                            Defendant
                            Defense Counsel
ROLAND B. JARVIS, ESQ.         Salvatore L. Astolfi, A.U.S.A. (via email)
JARVIS LAW ASSOCIATES PC       U.S. Marshal (via email)
1528 WALNUT STREET         Probation Office (via email)
SUITE 1400                     Pretrial Services (via email)
PHILA., PA.  19102             Larry Bowman (via email)

Cr 4 (rev. 8/98)