IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| **v.** | : | |
| | : | **NO. 13-171-2** |
| **ASKIA WASHINGTON** | : | |

## ORDER

**AND NOW**, this 20th day of February, 2015, upon consideration of the Defendant's unopposed Motion to Continue Trial, and the Court finding that this case cannot proceed to trial because a failure to grant a continuance would deny the Defendant reasonable time necessary for adequate and effective preparation, taking into account the exercise of due diligence, and would likely make an orderly and fair proceeding impossible or result in a miscarriage of justice, and that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, it is **ORDERED** that the motion is **GRANTED**.

BY THE COURT:


S/JOEL H. SLOMSKY, J.
JOEL H. SLOMSKY, J.


**COPY TO SPEEDY TRIAL CLERK**