IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| v. | : | |
| ASKIA WASHINGTON | : | NO. 13-171-2 |

### ORDER

AND NOW, this 20th day of February, 2015, it is Ordered that Defendant's Ex-Parte Status Conference Hearing on February 20, 2015 is placed **"UNDER SEAL"**. The Court places this proceeding, documents, and transcript **"UNDER SEAL"** and shall not be transcribed without further Order of the Court.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, JUDGE

Copy to: David Hayes