IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: FEBRUARY 24, 2015 |
| vs. | : | |
| | : | Criminal No. 13-171-2 |
| ASKIA WASHINGTON | | |

USM # 69032-066          **"FEDERAL CUSTODY"**
FDC - PHILA.
700 ARCH STREET
P.O. BOX 562
PHILA., PA.  19105


TAKE NOTICE that the above-entitled case has been set for **TRIAL** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **MONDAY, JUNE 1, 2015** at **9:30 A.M.** before the Honorable Joel H. Slomsky, in Courtroom to be assigned.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,
Margaret Gallagher
Deputy Clerk to  Judge Slomsky

[NO]  INTERPRETER REQUIRED
[X]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM 2/23/2015


Notice to:
Defendant
Defense Counsel

ROLAND B. JARVIS, ESQ.              Salvatore L. Astolfi, A.U.S.A. (via email)
JARVIS LAW ASSOCIATES PC            U.S. Marshal (via email)
1528 WALNUT STREET          Probation Office (via email)
SUITE 1400                          Pretrial Services (via email)
PHILA., PA.  19102                  Larry Bowman (via email)

Cr 4 (rev. 8/98)