IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| V. | : |
| | : No: 13-171-3 |
| ANTONIO ELLIS | : |
| Defendant | : |

# ORDER

AND NOW, this _____ day of _____, 2015, upon consideration of the foregoing Petition and upon the Motion for a sixty (60) day Continuance of Andres Jalon, Esquire, attorney for the Petitioner, it is hereby ORDERED AND DECREED that the Motion for Continuance is granted.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
UNITED STATES OF AMERICA         :
                                 :         CRIMINAL ACTION
              V.                 :
                                 :         NO: 13-171-3
ANTONIO ELLIS                    :
                                 :
              Defendant          :
                                 :
_____  :

## MOTION FOR CONTINUANCE OF SENTENCING

Defendant, Antonio Ellis, hereby submits this Motion for Continuance and in support thereof avers as follows:

1. Mr. Ellis' sentencing date is scheduled for March 18, 2015.

2. The Assistant United States Attorney, Salvatore Astolfi, does not object.

**WHEREFORE,** Defendant, Jonathan Castro-Rondon, requests that this Honorable Court grant his Motion for Continuance.

/s/ Andres Jalon, Esquire
Andres Jalon, Esquire
Jalon & Associates
1500 Walnut Street, Ste. 1207
Philadelphia, PA 19102
215-844-8444; Fax: 215-985-3610
ajalon@jalonesq.com
*Counsel for Defendant Enoch Smith*

Dated: March 11, 2015

## **CERTIFICATE OF SERVICE**

I, Andres Jalon, hereby certify that on this 11th day of March, 2015, a true and correct copy of the foregoing Motion to Continue Sentencing was served via Electronic Filing System on the below listed persons:

Salvatore Astofi, Esquire
Assistant U.S. Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106

/s/ Andres Jalon, Esquire
Andres Jalon, Esquire
Jalon & Associates
1500 Walnut Street, Ste. 1207
Philadelphia, PA 19103
215-844-8444; Fax: 215-985-3610
ajalon@jalonesq.com
*Counsel for Defendant ENOCH SMITH*

Dated: March 11, 2015