IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ASKIA WASHINGTON | CRIMINAL ACTION <br> NO. 13-171-2 |

### ORDER

**AND NOW**, this 4th day of May 2015, it is **ORDERED** that the Clerk of Court shall docket the attached letter from Defendant Askia Washington

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.