IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

v.                            :     CRIMINAL NO. 13-171-2

ASKIA WASHINGTON              :

**INFORMATION CHARGING PRIOR OFFENSE UNDER
TITLE 21, UNITED STATES CODE, SECTION 851**

The United States of America, by its attorneys Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Salvatore L. Astolfi, Assistant United States Attorney for the District, hereby files this information, pursuant to Title 21 U.S.C. § 851, charging the above-named defendant with having been previously convicted of the prior felony controlled substance violation as described below:

1. Delivery/Possession with intent to manufacture or deliver a controlled substance under Philadelphia Court of Common Pleas Docket number CP 51-CR-0404141-2004.

This prior conviction serves as the basis for increased punishment in the above-captioned case.

Respectfully submitted,

*for* ZANE DAVID MEMEGER
United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing document to be served on counsel for defendant by the district court clerk's electronic filing system.

Roland B. Jarvis, Esquire
1528 Walnut Street, Suite 1401
Philadelphia, PA   19102

Salvatore L. Astolfi
*Assistant United States Attorney*

Date:  June 1, 2015