IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | CRIMINAL NO. 2:13-CR-00171 (JHS) |
| v. | * | |
| | * | |
| ASKIA WASHINGTON | * | |
| | * | |
| Defendant | * | |
| | * | |
| | ****** | |

**PROTECTIVE ORDER GOVERNING DISCOVERY**

WHEREAS, the United States has moved this Court for an order governing the use, disclosure, reproduction, and disposition of discovery materials, pursuant to Fed. R. Crim. P. 16(d), it is hereby ORDERED:

1. The partially-redacted materials provided by the United States on June 2, 2015, concerning ATF procedures relating to home invasion sting operations (collectively, "the materials") are subject to this Protective Order and may be used by defense counsel (defined as counsel of record in this case) solely in connection with the defense of this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. Defense counsel shall not disclose the materials or their contents directly or indirectly to any person or entity other than persons employed to assist in the defense and other persons to whom the Court may authorize disclosure (collectively, "authorized persons").

3. Defense counsel and authorized persons shall not copy or reproduce the materials except to provide copies of the materials for use in connection with this case by defense counsel

Case 2:13-cr-00171-JHS   Document 204   Filed 06/03/15   Page 2 of 3

2

and authorized persons. Such copies and reproductions shall be treated in the same manner as the original materials.

4. Before providing materials to an authorized person, defense counsel must provide the authorized person with a copy of this Order.

5. Upon completion of all stages of this case, all of the materials and all copies made thereof shall be disposed of in one of three ways, unless otherwise ordered by the Court. The materials may be (1) destroyed; (2) returned to the United States; or (3) retained in defense counsel's case file. The Court may require a certification as to the disposition of any such materials. In the event that the materials are retained by defense counsel, the restrictions of this Order continue in effect for as long as the materials are so maintained, and the materials may not be disseminated or used in connection with any other matter without further order of the Court.

6. To the extent any material is produced by the United States to defense counsel by mistake, the United States shall have the right to request the return of the material and shall do so in writing. Within five days of the receipt of such a request, defense counsel shall return all such material if in hard copy, and in the case of electronic material, shall certify in writing that all copies of the specified materials have been deleted from any location in which the materials were stored.

7. Documents subject to this Order may be reviewed by defense counsel in this matter and may not be reviewed by the defendant himself. These documents shall be deemed "Attorney's Eyes Only" documents.

3

8.  Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

IT IS FURTHER ORDERED that one certified copy of ~~the Government's motion and~~ this Order be provided by the Clerk of the Court to the United States Attorney's Office. [handwritten: 2 JHS]

JUNE 3, 2015:

JOEL H. SLOMSKY
UNITED STATES DISTRICT COURT JUDGE