IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-171-2 |
| ASKIA WASHINGTON | : | |

## ORDER

AND NOW, this 10th day of June, 2015, it is hereby

O R D E R E D

that upon oral motion of the government to dismiss Count Six of the superseding indictment as to defendant Askia Washington only, the government's motion is granted. Count Six of the superseding indictment is hereby dismissed as to defendant Askia Washington only.

BY THE COURT:

*/s/ Joel Slomsky*
HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*