**LOUGHRY and LINDSAY, LLC**
330 Market Street
Camden, New Jersey 08102
(856) 968-9201
Justin T. Loughry, Esquire (3473-JTL)
Attorney for Defendant Robert Smith

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | |
|---|---|
| UNITED STATES OF AMERICA | : HONORABLE NOEL L. HILLMAN |
| | : UNITED STATES DISTRICT JUDGE |
| | : |
| v. | : |
| | : Criminal No.: 14-152(NLH) |
| | : |
| ROBERT SMITH | : |
| | : |
| | : **CERTIFICATION OF YOCELYN** |
| DEFENDANT. | : **RIVERA** |

Yocelyn Rivera hereby certifies as follows:

1. I am the Legal Assistant for Justin T. Loughry.

2. Under Mr. Loughry's direction I searched the New Jersey Department of Corrections Offender Search Page (www.state.nj.us/corrections).

3. My search criteria was as follows: (1) Male (2) Caucasian (3) Burlington County.

4. I searched through the database and inmates with the following characteristics: (1) conviction of a robbery or a weapons charge or both, and (2) not incarcerated in 2013.

5. Exhibit A hereto is a copy of The New Jersey Department of Corrections Offender Details page for Timothy J. Broderick.

6. Exhibit B hereto is a copy of The New Jersey Department of Corrections Offender Details page for Jonathan C. Clark.

7. Exhibit C hereto is a copy of The New Jersey Department of Corrections Offender Details page for Zachary C. Cole.

8. Exhibit D hereto is a copy of The New Jersey Department of Corrections Offender Details page for Mun Hentz.

9. Exhibit E hereto is a copy of The New Jersey Department of Corrections Offender Details page for Brian J. Keiss.

10. Exhibit F hereto is a copy of The New Jersey Department of Corrections Offender Details page for Weldon J. Lucas.

11. Exhibit G hereto is a copy of The New Jersey Department of Corrections Offender Details page for Nicklaus W. Malespina.

12. Exhibit H hereto is a copy of The New Jersey Department of Corrections Offender Details page for Robert William Nyholm.

13. Exhibit I hereto is a copy of The New Jersey Department of Corrections Offender Details page for Brian T. Zoll.

14. Exhibit J hereto is a copy of The New Jersey Department of Corrections Offender Details page for Derek V. Hazlett.

15. Exhibit K hereto is a copy of The New Jersey Department of Corrections Offender Details page for Anthony C. Hoff.

16. Exhibit L hereto is a copy of The New Jersey Department of Corrections Offender Details page for James M. Marino.

17. Exhibit M hereto is a copy of The New Jersey Department of Corrections Offender Details page for Joseph N. Brandt.

18. Exhibit N hereto is a copy of The New Jersey Department of Corrections Offender Details page for Shawn Kelley.

19. Exhibit O hereto is a copy of The New Jersey Department of Corrections Offender Details page for John A. Duffield.

20. Exhibit P hereto is a copy of The New Jersey Department of Corrections Offender Details page for John R. Genova.

21. Exhibit Q hereto is a copy of The New Jersey Department of Corrections Offender Details page for Thomas H. Locker.

22. Exhibit R hereto is a copy of The New Jersey Department of Corrections Offender Details page for Richard A. Logan.

23. Exhibit S hereto is a copy of The New Jersey Department of Corrections Offender Details page for Thomas W. Haas.

24. Exhibit T hereto is a copy of The New Jersey Department of Corrections Offender Details page for Sean R. Hercus.

25. Exhibit U hereto is a copy of The New Jersey Department of Corrections Offender Details page for Howard W. McCormick.

26. Exhibit V hereto is a copy of The New Jersey Department of Corrections Offender Details page for Jeffery A. Sweet.

27. Exhibit W hereto is a copy of The New Jersey Department of Corrections Offender Details page for John R. Dusak.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

YOCELYN RIVERA
LEGAL ASSISTANT TO JUSTIN T. LOUGHRY, ESQ.

Dated: May 1, 2015

# EXHIBIT A



Text Only Version   NJHome   Services A to Z   Departments/Agencies      State Wide Search

State of New Jersey



# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan

Divisions of the DOC   AgriIndustries      Search the DOC

DOC Home Page | Search Form | Escapes | Restrictions

## Offender Details:

Printer Friendly Version

Timothy J Broderick



| | |
|---|---|
| SBI Number: | 000407904D |
| Sentenced as: | Broderick, Timothy J |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Blue |
| Height: | 6'3" |
| Weight: | 250 lbs. |
| Birth Date: | |
| Admission Date: | January 9, 2015 |
| Current Facility: | BSP |
| Current Max Release Date: | August 29, 2016 |
| Current Parole Eligibility Date: | N/A |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2A:2840 Disturbing Peace | UNKNOWN | August 2, 2007 | Burlington | S-05-530-0313 | None | 90 Days |
| 1 count of : 2C:15-1*1 Robbery /1 | UNKNOWN | May 30, 2014 | Burlington | MPSV-05-07-899-I | None | 823 Days |
| 1 count of : 2C:15-1*1 Robbery /1 | UNKNOWN | January 8, 2015 | Burlington | MPSV-05-07-899-I | None | 600 Days |
| 1 count of : 2C:35-10A*3 CDS/Possession /3 | April 26, 2005 | August 10, 2007 | Camden | CAM050802344I | None | 3 Years |
| 1 count of : 2C:15-1A1*1 Robbery-Bodily Injury or Force /1 | April 23, 2005 | July 27, 2007 | Burlington | BUR050700899I | 4 Years 2 Months 30 Days | 5 Years |
| 1 count of : 2C:15-1A1*1 Robbery-Bodily Injury or Force /1 | April 23, 2005 | January 29, 2013 | Burlington | MPSV 05-07-00899-I | None | 3 Years 7 Months 1 Day |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| July 27, 2007 | August 29, 2011 |
| January 29, 2013 | April 25, 2013 |
| May 30, 2014 | June 27, 2014 |
| January 9, 2015 | Currently In Custody |

### ALIASES

No aliases available

previous   back to list   next
modify search   new search

Criteria Chosen:
Sex = M; Race = White; County(s) = Burlington; Current Facility = Bayside State Prison;

*Disclaimer:*

The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).

The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.

It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.

Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 . Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

# EXHIBIT B

 Text Only Version  NJHome  Services A to Z  Departments/Agencies   **State Wide Search** 

## State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan

Divisions of the DOC | AgriIndustries ▸   **Search the DOC** ▸

DOC Home Page | Search Form | Escapes | Restrictions

## Offender Details:

Printer Friendly Version

### Jonathan C Clark



| | |
|---|---|
| SBI Number: | 000496225C |
| Sentenced as: | Clark, Jonathan C |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Brown |
| Height: | 6'0" |
| Weight: | 200 lbs. |
| Birth Date: | |
| Admission Date: | March 12, 2014 |
| Current Facility: | BSP |
| Current Max Release Date: | June 7, 2016 |
| Current Parole Eligibility Date: | March 11, 2015 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:15-1A1*1 Robbery-Bodily Injury or Force /1 | UNKNOWN | March 12, 2014 | Burlington | MPSV-BUR030200172I | None | 819 Days |
| 1 count of : 2C:15-1A1*1 Robbery-Bodily Injury or Force /1 | July 20, 2002 | January 30, 2004 | Burlington | BUR030200172I | 8 Years 6 Months 1 Day | 10 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out Of Custody |
|---|---|
| January 30, 2004 | June 7, 2011 |
| March 12, 2014 | Currently In Custody |

### ALIASES
No aliases available

[ previous ] [ back to list ] [ next ]
[ modify search ] [ new search ]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Bayside State Prison;

*Disclaimer:*
The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 . Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Bayside State Prison
PO BOX F-1
Leesburg, NJ 08327
(856) 785-0040
email: Bayside State Prison

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

# EXHIBIT C



Text Only Version · NJHome · Services A to Z · Departments/Agencies | State Wide Search



### State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC | Agrinindustries ⊙ | Search the DOC ⊙

DOC Home Page | Search Form | Escapes | Restrictions

## Offender Details:

Printer Friendly Version

**Zachary C Cole**



| | |
|---|---|
| SBI Number: | 000485423D |
| Sentenced as: | Cole, Zachary C |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Brown |
| Height: | 6'0" |
| Weight: | 210 lbs. |
| Birth Date: | ~~██████~~ |
| Admission Date: | April 5, 2014 |
| Current Facility: | BSP |
| Current Max Release Date: | June 10, 2018 |
| Current Parole Eligibility Date: | April 4, 2015 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:15-1*1 Robbery /1 | UNKNOWN | April 5, 2014 | Burlington | (MPSV) 09-06-00532-I | None | 2 Years 797 Days |
| 1 count of : 2C:15-1A*1 Robbery /1 | UNKNOWN | September 18, 2009 | Burlington | 09-06-00532-I | 4 Years 3 Months | 5 Years |

**INCARCERATION HISTORY** | **ALIASES**

| Date In Custody | Date Out of Custody |
|---|---|
| September 18, 2009 | June 10, 2013 |
| April 5, 2014 | Currently In Custody |

ALIASES
Cole, Zak

[previous] [back to list] [next]
[modify search] [new search]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Bayside State Prison;

*Disclaimer:*

The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).

The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.

It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.

Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 . Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Bayside State Prison
PO BOX F-1
Leesburg, NJ 08327
(856) 785-0040
email: Bayside State Prison

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

# EXHIBIT D



Text Only Version  NJ Home  Services A to Z  Departments/Agencies  State Wide Search

State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC  AgriIndustries  |  Search the DOC

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

Mun Hentz



| | |
|---|---|
| SBI Number: | 000188439G |
| Sentenced as: | Hentz, Mun |
| Race: | White |
| Ethnicity: | Asian |
| Sex: | Male |
| Hair Color: | Black |
| Eye Color: | Brown |
| Height: | 6'1" |
| Weight: | 230 lbs. |
| Birth Date: | ~~████████~~ |
| Admission Date: | July 11, 2014 |
| Current Facility: | BSP |
| Current Max Release Date: | March 1, 2018 |
| Current Parole Eligibility Date: | September 11, 2015 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:39-4A*2 Weapons/Poss.Firearm for Unlawful Purp/2 | UNKNOWN | July 11, 2014 | Burlington | BUR140500583A | 1 Year | 5 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| July 11, 2014 | Currently In Custody |

### ALIASES
No aliases available

[previous]  [back to list]  [next]
[modify search]  [new search]

Criteria Chosen:
Sex = M; Race = White; County(s) = Burlington; Current Facility = Bayside State Prison;

*Disclaimer:*
The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).

The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.

It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.

Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Bayside State Prison
PO BOX F-1
Leesburg, NJ 08327
(856) 785-0040
email: Bayside State Prison

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.

# EXHIBIT E



Text Only Version  NJHome  Services A to Z  Departments/Agencies.          State-Wide Search

State of New Jersey
## Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC   AgriIndustries          Search the DOC

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

**Brian J Keiss**

| | |
|---|---|
| SBI Number: | 000105207D |
| Sentenced as: | Keiss, Brian J |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Brown |
| Height: | 5'9" |
| Weight: | 180 lbs. |
| Birth Date: | |
| Admission Date: | March 28, 2014 |
| Current Facility: | BSP |
| Current Max Release Date: | March 8, 2019 |
| Current Parole Eligibility Date: | May 30, 2017 |



### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:5-235X*3 Conspiracy,Cntrld Dngrous Substnc /3 | August 28, 2013 | March 28, 2014 | Burlington | BUR1311014931 | None | 3 Years |
| 1 count of : 2C:21-5C1 Bad Checks-second degree | July 21, 2013 | July 11, 2014 | Camden | 14-04-01048-I | None | 3 Years |
| 1 count of : 2C:5-215X*2 Conspiracy:Robbery OR Carjacking /2 | March 10, 2011 | March 28, 2014 | Burlington | BUR1205006421 | 3 Years 4 Months 23 Days | 4 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| March 28, 2014 | Currently In Custody |

**ALIASES**
No aliases available

[previous]  [back to list]  [next]
[modify search]  [new search]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Bayside State Prison;

*Disclaimer.*
   The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
   The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
   It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
   Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Bayside State Prison
PO BOX F-1
Leesburg, NJ  08327
(856) 785-0040
email: Bayside State Prison

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

3/13/2015

# EXHIBIT F

## Offender Details:

Printer Friendly Version

Weldon J Lucas



| | |
|---|---|
| SBI Number: | 000686733C |
| Sentenced as: | Lucas, Weldon J |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Blue |
| Height: | 6'1" |
| Weight: | 150 lbs. |
| Birth Date: | |
| Admission Date: | April 11, 2014 |
| Current Facility: | BSP |
| Current Max Release Date: | April 10, 2020 |
| Current Parole Eligibility Date: | April 10, 2020 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:15-1A2*1 Robbery-Threat of Bodily Injury /1 | UNKNOWN | April 11, 2014 | Burlington | BUR1308010621 | 6 Years 9 Months 16 Days | 8 Years |
| 1 count of : 2C:18-2A*3 Burglary /3 | September 15, 2012 | June 13, 2014 | Camden | 12-12-03117-A | None | 3 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| April 11, 2014 | Currently In Custody |

### ALIASES

Lucas, Welson
Weldon, Jacob

[previous] [back to list] [...next »]
[modify search] [« new search]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Bayside State Prison;

*Disclaimer:*
The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).

The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.

It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.

Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 . Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Bayside State Prison
PO BOX F-1
Leesburg, NJ 08327
(856) 785-0040
email: Bayside State Prison

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.


OPRA|Open
Public Records Act


contact us | privacy notice | legal statement

Copyright © State of New Jersey, 1996 - 2015

# EXHIBIT G


 

Text Only Version | NJHome | Services A to Z | Departments/Agencies          State Wide Search

**State of New Jersey**
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan

Divisions of the DOC    Agriindustries                    Search the DOC

DOC Home Page | Search Form | Escapes | Restrictions

## Offender Details:

Printer Friendly Version

**Nicklaus W Malespina**

| | |
|---|---|
| SBI Number: | 000796214C |
| Sentenced as: | Malespina, Nicklaus W |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Brown |
| Height: | 6'1" |
| Weight: | 260 lbs. |
| Birth Date: | |
| Admission Date: | January 2, 2015 |
| Current Facility: | BSP |
| Current Max Release Date: | September 5, 2018 |
| Current Parole Eligibility Date: | March 16, 2016 |



### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of :<br>2C:39-5F*2 Weapons/Unlawful Poss:Assault Firearm /2 | UNKNOWN | January 2, 2015 | Burlington | BUR140300314I | 1 Year | 5 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| January 2, 2015 | Currently In Custody |

### ALIASES

No aliases available

[ previous ]  [ back to list ]  [ next ]
[ modify search ]  [ new search ]

**Criteria Chosen:**
**Sex** = M; **Race** = White; **County(s)** = Burlington; **Current Facility** = Bayside State Prison;

Disclaimer:
  The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
  The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
  It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
  Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .   Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Bayside State Prison
PO BOX F-1
Leesburg, NJ 08327
(856) 785-0040
email: Bayside State Prison

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.


 

Case 2:13-cr-00171-DPS Document 23-5 Filed 07/02/15 Page 19 of 30

# EXHIBIT H





Text Only Version | NJHome | Services A to Z | Departments/Agencies | State Wide Search |

## State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan

Divisions of the DOC | AgriIndustries | ⊙ | Search the DOC | ⊙

DOC Home Page | Search Form | Escapes | Restrictions

## Offender Details:

Printer Friendly Version

**Robert William Nyholm**



| | |
|---|---|
| SBI Number: | 000530480C |
| Sentenced as: | Nyholm, Robert William |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Blue |
| Height: | 5'10" |
| Weight: | 185 lbs. |
| Birth Date: | |
| Admission Date: | March 12, 2013 |
| Current Facility: | BSP |
| Current Max Release Date: | March 11, 2017 |
| Current Parole Eligibility Date: | N/A |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:12-1B1*2 Assault/Agg-Att/Cause Ser. Bodily Inj /2 | UNKNOWN | August 25, 2005 | Burlington | BUR031201564I | 3 Years 4 Months 23 Days | 4 Years |
| 1 count of : 2C:12-1B1*2 Assault/Agg-Att/Cause Ser. Bodily Inj /2 | UNKNOWN | March 12, 2013 | Burlington | MPSV 03-12-01564-I | None | 3 Years 2 Months 15 Days |
| 1 count of : 2C:12-1B4*4 Assault/Agg-Knowingly Points Firearm /4 | UNKNOWN | August 25, 2005 | Burlington | BUR031201564I | 18 Months | 18 Months |
| 1 count of : 2C:12-1B5*3 Assault/Agg=Simple Asslt on Law EnfOff/3 | UNKNOWN | August 25, 2005 | Burlington | BUR031201564I | None | 4 Years |
| 1 count of : 2C:15-1 Robbery /2 | UNKNOWN | March 30, 2014 | Burlington | MPSV-03-12-1564-I | None | 1 Year 713 Days |
| 1 count of : 2C:15-1A*2 Robbery /2 | UNKNOWN | August 25, 2005 | Burlington | BUR031201564I | 5 Years 11 Months 13 Days | 7 Years |
| 1 count of : 2C:20-3A*3 Theft/Unlaw.Taking/Disp-Movable Prop. /3 | UNKNOWN | August 25, 2005 | Burlington | BUR031201564I | None | None |
| 1 count of : 2C:39-4A*2 Weapons/Poss.Firearm for Unlawful Purp/2 | UNKNOWN | August 25, 2005 | Burlington | BUR031201564I | None | 4 Years |
| 1 count of : 2C:39-5B*3 Weapons/Unlawful Possession:Handguns /3 | UNKNOWN | August 25, 2005 | Burlington | BUR031201564I | None | None |
| 1 count of : 2C:29-5 1*B Absconding from Parole | June 14, 2013 | October 3, 2014 | Camden | 13-12-03691-I | None | 3 Years |
| 1 count of : 2C:20-4A*3 Theft By Deception :False Impression /3 | June 29, 2005 | October 24, 2005 | Burlington | 05-09-1214-I | None | 3 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| August 25, 2005 | May 26, 2011 |
| March 12, 2013 | May 9, 2013 |

### ALIASES
Nyholm, Bob
Nyholm, Bobby

[previous] [back to list] [next]
[modify search] [new search]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Bayside State Prison;

*Disclaimer:*
The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may

3/12/2015

# EXHIBIT I



Text Only Version  NJHome  Services A to Z  Departments/Agencies          State Wide Search  

## State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC  AgriIndustries  ⊙          Search the DOC  ⊙

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

**Brian T Zoll**



| | |
|---|---|
| SBI Number: | 000124917D |
| Sentenced as: | Zoll, Brian T |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Blue |
| Height: | 5'7" |
| Weight: | 210 lbs. |
| Birth Date: | |
| Admission Date: | December 24, 2013 |
| Current Facility: | BSP |
| Current Max Release Date: | October 18, 2016 |
| Current Parole Eligibility Date: | April 23, 2016 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:15-1A1*2 Robbery-Bodily Injury or Force /2 | UNKNOWN | May 4, 2007 | Burlington | BUR 06-11-01800-I | 6 Years 9 Months 15 Days | 8 Years |
| 1 count of : 2C:15-1A1*2 Robbery-Bodily Injury or Force /2 | UNKNOWN | December 24, 2013 | Burlington | MPSV-BUR 06-11-01800-I | None | 2 Years 300 Days |
| 1 count of : 2C:18-2A1*3 Burglary-Enter Structure /3 | UNKNOWN | May 4, 2007 | Burlington | BUR 06-06-00788-I | 1 Day | 5 Years |
| 1 count of : 2C:18-2A1*3 Burglary-Enter Structure /3 | UNKNOWN | May 4, 2007 | Burlington | BUR 07-01-00163-I | 2 Years 6 Months | 5 Years |
| 1 count of : 2C:20-3A*3 Theft/Unlaw.Taking/Disp-Movable Prop. /3 | UNKNOWN | May 4, 2007 | Burlington | BUR 06-08-01202-I | None | 3 Years |
| 1 count of : 2C:20-3A*3 Theft/Unlaw.Taking/Disp-Movable Prop. /3 | UNKNOWN | May 4, 2007 | Burlington | BUR 06-08-01253-I | None | 3 Years |
| 1 count of : 2C:20-3A*3 Theft/Unlaw.Taking/Disp-Movable Prop. /3 | UNKNOWN | May 4, 2007 | Burlington | BUR 07-01-00163-I | None | 3 Years |
| 1 count of : 2C:20-3A*3 Theft/Unlaw.Taking/Disp-Movable Prop. /3 | UNKNOWN | May 4, 2007 | Burlington | BUR 07-02-00388-A | None | 3 Years |
| 1 count of : 2C:20-3A*3 Theft/Unlaw.Taking/Disp-Movable Prop. /3 | UNKNOWN | May 4, 2007 | Burlington | BUR 07-02-00389-A | None | 3 Years |
| 1 count of : 2C:5-218X*3 Conspiracy,Burglary /3 | UNKNOWN | May 4, 2007 | Burlington | BUR 06-07-01045-I | None | 3 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| May 4, 2007 | September 21, 2013 |
| December 24, 2013 | Currently In Custody |

### ALIASES

Jones, Brian

previous    back to list    next
modify search    new search

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Bayside State Prison;

*Disclaimer*:
    The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
    The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
    It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.

# EXHIBIT J



Text Only Version   NJHome   Services A to Z   Departments/Agencies    State Wide Search

State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan

Divisions of the DOC   AgriIndustries    Search the DOC

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

**Derek V Hazlett**



| | |
|---|---|
| **SBI Number:** | 000981899E |
| **Sentenced as:** | Hazlett, Derek V |
| **Race:** | White |
| **Ethnicity:** | White |
| **Sex:** | Male |
| **Hair Color:** | Blonde |
| **Eye Color:** | Blue |
| **Height:** | 5'11" |
| **Weight:** | 185 lbs. |
| **Birth Date:** | |
| **Admission Date:** | July 25, 2014 |
| **Current Facility:** | MYCF |
| **Current Max Release Date:** | March 9, 2018 |
| **Current Parole Eligibility Date:** | September 19, 2015 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of :<br>2C:39-5B*2 Weapons/Unlawful Possession:Handguns /2 | UNKNOWN | July 25, 2014 | Burlington | BUR1310013021 | 1 Year | 5 Years |

### INCARCERATION HISTORY

### ALIASES

No aliases available

| Date In Custody | Date Out of Custody |
|---|---|
| July 25, 2014 | Currently In Custody |

previous   back to list   next
modify search   new search

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Mountainview Youth Correctional Facility;

*Disclaimer:*

*The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).*

*The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.*

*It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.*

*Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.*

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Mountainview Youth Correctional Facility
31 PETTICOAT LANE
Annandale, NJ  08801
(908) 638-6191
email: Mountainview Youth Correctional Facility

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.



# EXHIBIT K





**State of New Jersey**
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC    AgriIndustries                                    Search the DOC

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

Anthony C Hoff



| | |
|---|---|
| SBI Number: | 000810551E |
| Sentenced as: | Hoff, Anthony C |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Hazel |
| Height: | 6'0" |
| Weight: | 137 lbs. |
| Birth Date: | |
| Admission Date: | August 6, 2014 |
| Current Facility: | MYCF |
| Current Max Release Date: | April 25, 2017 |
| Current Parole Eligibility Date: | April 25, 2017 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:15-1A1*2 Robbery-Bodily Injury or Force /2 | December 2, 2013 | August 6, 2014 | Burlington | BUR 14-02-00091-I | 3 Years 4 Months 23 Days | 4 Years |

| INCARCERATION HISTORY | | ALIASES |
|---|---|---|
| Date In Custody | Date Out of Custody | No aliases available |
| August 6, 2014 | Currently In Custody | |

[previous]  [back to list]  [next]
[modify search]  [new search]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Mountainview Youth Correctional Facility;

*Disclaimer:*
The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Mountainview Youth Correctional Facility
31 PETTICOAT LANE
Annandale, NJ 08801
(908) 638-6191
email: Mountainview Youth Correctional Facility

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.

# EXHIBIT L





## State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
**Gary M. Lanigan**



Divisions of the DOC | AgriIndustries ▷ | Search the DOC ▷

DOC Home Page | Search Form | Escapes | Restrictions

## Offender Details:

Printer Friendly Version

**James M Marino**



| | |
|---|---|
| SBI Number: | 000104853E |
| Sentenced as: | Marino, James M |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Blonde |
| Eye Color: | Blue |
| Height: | 5'11" |
| Weight: | 190 lbs. |
| Birth Date: | |
| Admission Date: | March 21, 2014 |
| Current Facility: | MYCF |
| Current Max Release Date: | August 26, 2017 |
| Current Parole Eligibility Date: | August 20, 2017 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:15-1A2*1 Robbery-Threat of Bodily Injury /1 | July 13, 2012 | March 21, 2014 | Burlington | 12-09-01321-I | 5 Years 1 Month 6 Days | 6 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| March 21, 2014 | Currently In Custody |

### ALIASES
No aliases available

[ previous ] [ back to list ] [ next ]
[ modify search ] [ new search ]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Mountainview Youth Correctional Facility;

*Disclaimer.*
The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 . Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Mountainview Youth Correctional Facility
31 PETTICOAT LANE
Annandale, NJ 08801
(908) 638-6191
email: Mountainview Youth Correctional Facility

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.

# EXHIBIT M



## State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC    Agrilndustries    ⊙          Search the DOC    ⊙

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

This Inmate is only allowed window visits at this time

Joseph N Brandt



| | |
|---|---|
| **SBI Number:** | 000852739C |
| **Sentenced as:** | Brandt, Joseph N |
| **Race:** | White |
| **Ethnicity:** | White |
| **Sex:** | Male |
| **Hair Color:** | Brown |
| **Eye Color:** | Blue |
| **Height:** | 5'11" |
| **Weight:** | 194 lbs. |
| **Birth Date:** | |
| **Admission Date:** | May 21, 2012 |
| **Current Facility:** | NJSP |
| **Current Max Release Date:** | June 29, 2016 |
| **Current Parole Eligibility Date:** | N/A |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:29-10B*3 Electronic Communication device:poss/use | September 18, 2012 | March 10, 2014 | Burlington | 12-12-01595-I | None | 3 Years |
| 1 count of : 2C:20-3A Theft/Unlawful Taking-Disp. | October 19, 2011 | October 24, 2011 | Burlington | W 2011-868 | None | 30 Days |
| 1 count of : 2C:15-1*2 Robbery /2 | June 19, 2005 | November 16, 2011 | Burlington | MPSV-05-10-01344-I | None | 845 Days |
| 1 count of : 2C:15-1A1*2 Robbery-Bodily Injury or Force /2 | June 19, 2005 | November 9, 2006 | Burlington | BUR-05-10-01344-I | 5 Years 1 Month 7 Days | 6 Years |
| 1 count of : 2C:12-1B5*3 Assault/Agg=Simple Asslt on Law EnfOff/3 | April 3, 2005 | November 9, 2006 | Burlington | BUR-05-07-00914-I | None | 4 Years |
| 1 count of : 2C:18-2A1*3 Burglary-Enter Structure /3 | March 24, 2005 | November 9, 2006 | Burlington | BUR-05-09-01242-I | None | 4 Years |
| 1 count of : 2C:46-2 Conseq of nonpayment-Failure to pay fine | June 25, 2004 | October 23, 2006 | Burlington | SC 04-9223 | None | 120 Days |
| 1 count of : 2C:46-2 Conseq of nonpayment-Failure to pay fine | February 19, 2003 | October 23, 2006 | Burlington | SC 03-8278 | None | 120 Days |
| 1 count of : 2C:20-3A*3 Theft/Unlaw.Taking/Disp-Movable Prop. /3 | January 27, 2003 | November 9, 2006 | Burlington | BUR-03-06-00776-I | None | 3 Years |
| 1 count of : 2C:46-2 Conseq of nonpayment-Failure to pay fine | January 5, 2003 | October 23, 2006 | Burlington | SC 03 8021 | None | 120 Days |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| November 9, 2006 | February 17, 2011 |
| October 31, 2011 | May 21, 2012 |
| May 21, 2012 | May 21, 2012 |

### ALIASES
No aliases available

[ previous ]  [ back to list ]  [ next ]
[ modify search ]  [ new search ]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = New Jersey State Prison;

*Disclaimer:*
The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an

# EXHIBIT N



Text Only Version | NJHome | Services A to Z | Departments/Agencies     State Wide Search

State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan 

Divisions of the DOC  AgriIndustries     Search the DOC

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

**Shawn Kelley**



| | |
|---|---|
| SBI Number: | 000190415C |
| Sentenced as: | Kelley, Shawn |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Brown |
| Height: | 5'9" |
| Weight: | 130 lbs. |
| Birth Date: | |
| Admission Date: | January 24, 2014 |
| Current Facility: | NSP |
| Current Max Release Date: | November 10, 2019 |
| Current Parole Eligibility Date: | May 24, 2016 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:35-5*3 CDS/Manufacture,Distribute,Dispense /3 | February 26, 2013 | January 24, 2014 | Burlington | 13-12-00494-A | None | 4 Years |
| 1 count of : 2C:39-4D*3 Weapons/Poss for Unlawful Purp-Other /3 | February 18, 2013 | January 24, 2014 | Burlington | 13-12-00495-A | None | 4 Years |
| 1 count of : 2C:18-2A*3 Burglary /3 | October 10, 2011 | January 24, 2014 | Burlington | 12-07-00961-I | None | 4 Years |
| 1 count of : 2C:29-2B*2 Resist Arrst-Elude: Op/MV-Create risk /2 | August 10, 2010 | January 24, 2014 | Burlington | 11-04-00446-I | 30 Months | 7 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| January 24, 2014 | Currently In Custody |

### ALIASES
No aliases available

[previous] [back to list] [next]
[modify search] [new search]

**Criteria Chosen:**
Sex = M; **Race** = White; **County(s)** = Burlington; **Current Facility** = Northern State Prison;

*Disclaimer.*
    The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
    The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
    It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
    Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Northern State Prison
PO BOX 2300
Newark, NJ 07114
(973) 465-0068
email: Northern State Prison

Visit procedures and visitation schedule

# EXHIBIT O

Offender Details
Case 1:14-cr-00150-NLH Document 66-2 Filed 05/01/15 Page 30 of 46 PageID: 606
Case 2:13-cr-00152-NLH Document 22 Filed 07/02/15 Page 34 of 50 Page 2 of 2

DOC Home Page | Search Form | Escapes | Restrictions

## Offender Details:

Printer Friendly Version



John A Duffield

| | |
|---|---|
| SBI Number: | 000544377C |
| Sentenced as: | Duffield, John A |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Hazel |
| Height: | 5'10" |
| Weight: | 200 lbs. |
| Birth Date: | ▬▬▬▬ |
| Admission Date: | December 19, 2014 |
| Current Facility: | SSCF |
| Current Max Release Date: | December 3, 2015 |
| Current Parole Eligibility Date: | September 19, 2015 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:15-1A1*2 Robbery-Bodily Injury or Force /2 | March 13, 2012 | December 19, 2014 | Burlington | BUR130100141A | 2 Years 6 Months 18 Days | 3 Years |
| 1 count of : 2C:20-11B Shoplifting /D | January 3, 2011 | December 19, 2014 | Burlington | BUR110700894I | None | 3 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| December 19, 2014 | Currently In Custody |

### ALIASES

Duffield, John

(previous) (back to list) (next)
(modify search) (new search)

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Southern State Correctional Facility;

*Disclaimer:*
  The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
  The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
  It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
  Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Southern State Correctional Facility
4295 RT 47
Delmont, NJ 08314
(856) 785-1300
email: Southern State Correctional Facility

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.

OPRA | Open
Public Records Act

contact us | privacy notice | legal statement 

Copyright © State of New Jersey, 1996 - 2015

# EXHIBIT P



Text Only Version  NJHome  Services A to Z  Departments/Agencies        State Wide Search



### State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC  AgriIndustries  ⊙        Search the DOC  ⊙

DOC Home Page | Search Form | Escapes | Restrictions

## Offender Details:

Printer Friendly Version

**John R Genova**



| | |
|---|---|
| SBI Number: | 000124467G |
| Sentenced as: | Genova, John R |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Black |
| Eye Color: | Hazel |
| Height: | 5'6" |
| Weight: | 130 lbs. |
| Birth Date: | |
| Admission Date: | August 15, 2014 |
| Current Facility: | SSCF |
| Current Max Release Date: | April 19, 2018 |
| Current Parole Eligibility Date: | October 31, 2015 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:39-5B*2 Weapons/Unlawful Possession:Handguns /2 | July 17, 2013 | August 15, 2014 | Burlington | BUR1309012381 | 1 Year | 5 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| August 15, 2014 | Currently In Custody |

### ALIASES

No aliases available

[previous] [back to list] [next]
[modify search] [new search]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Southern State Correctional Facility;

*Disclaimer.*
    *The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).*
    *The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.*
    *It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.*
    *Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.*

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Southern State Correctional Facility
4295 RT 47
Delmont, NJ  08314
(856) 785-1300
email: Southern State Correctional Facility

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.



OPRA | Open
Public Records Act

contact us | privacy notice | legal statement  

# EXHIBIT Q



 **Text Only Version  NJHome  Services A to Z  Departments/Agencies**    **State Wide Search**

## State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



**Divisions of the DOC**  AgriIndustries    **Search the DOC**

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

**Thomas H Locker**



| | |
|---|---|
| **SBI Number:** | 000793543B |
| **Sentenced as:** | Locker, Thomas H |
| **Race:** | White |
| **Ethnicity:** | White |
| **Sex:** | Male |
| **Hair Color:** | SLT/PEP |
| **Eye Color:** | Green |
| **Height:** | 6'1" |
| **Weight:** | 250 lbs. |
| **Birth Date:** | |
| **Admission Date:** | June 13, 2014 |
| **Current Facility:** | SSCF |
| **Current Max Release Date:** | February 22, 2018 |
| **Current Parole Eligibility Date:** | June 7, 2017 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:39-5B*2 Weapons/Unlawful Possession:Handguns /2 | May 25, 2013 | June 13, 2014 | Burlington | BUR1308010521 | 3 Years | 5 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| June 13, 2014 | Currently In Custody |

### ALIASES

No aliases available

[ previous ]  [ back to list ]  [ next ]
[ modify search ]  [ new search ]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = Southern State Correctional Facility;

*Disclaimer:*
The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Southern State Correctional Facility
4295 RT 47
Delmont, NJ  08314
(856) 785-1300
email: Southern State Correctional Facility

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.

 **OPRA|Open Public Records Act**

contact us  |  privacy notice  |  legal statement

/DOC_Inmate/details?x=1498369&n=18

3/13/2015

# EXHIBIT R





## State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
**Gary M. Lanigan**



Divisions of the DOC | AgriIndustries | ⊙ | Search the DOC | ⊙

DOC Home Page | Search Form | Escapes | Restrictions

## Offender Details:

Printer Friendly Version

**Richard A Logan**



| | |
|---|---|
| SBI Number: | 000192518G |
| Sentenced as: | Logan, Richard A |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | SLT/PEP |
| Eye Color: | Brown |
| Height: | 5'11" |
| Weight: | 192 lbs. |
| Birth Date: | ~~████████~~ |
| Admission Date: | April 25, 2014 |
| Current Facility: | SSCF |
| Current Max Release Date: | March 24, 2018 |
| Current Parole Eligibility Date: | March 24, 2018 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of :<br>2C:15-1A1*2 Robbery-Bodily Injury or Force /2 | December 20, 2013 | April 25, 2014 | Burlington | 14-03-00216-A | 4 Years<br>3 Months | 5 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| April 25, 2014 | Currently In Custody |

### ALIASES

No aliases available

[previous] [back to list] [next]
[modify search] [new search]

**Criteria Chosen:**
Sex = M; **Race** = White; **County(s)** = Burlington; **Current Facility** = Southern State Correctional Facility;

*Disclaimer.*
   The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
   The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
   It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
   Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Southern State Correctional Facility
4295 RT 47
Delmont, NJ  08314
(856) 785-1300
email: Southern State Correctional Facility

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.


OPRA|Open
Public Records Act

contact us | privacy notice | legal statement 

# EXHIBIT S



## State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC   AgriIndustries      Search the DOC

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

Thomas W Haas



| | |
|---|---|
| SBI Number: | 000858277B |
| Sentenced as: | Haas, Thomas W |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Blue |
| Height: | 5'9" |
| Weight: | 175 lbs. |
| Birth Date: | ——— |
| Admission Date: | August 21, 2014 |
| Current Facility: | SWSP |
| Current Max Release Date: | May 18, 2020 |
| Current Parole Eligibility Date: | May 18, 2020 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:15-1A1*2 Robbery-Bodily Injury or Force /2 | UNKNOWN | August 21, 2014 | Burlington | BUR130300374A | 6 Years 9 Months 18 Days | 8 Years |
| 1 count of : 2C:18-2A1*3 Burglary-Enter Structure /3 | UNKNOWN | August 21, 2014 | Burlington | BUR131101467I | None | 3 Years |
| 1 count of : 2C:20-11B*4 Shoplifting | May 30, 2014 | November 17, 2014 | Gloucester | 14-09-00846-A | None | 90 Days |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| August 21, 2014 | Currently In Custody |

### ALIASES

Bayles, Elvin
Haas, Tom
Haas, Timothy
Johns, Jim
Jr, Thomas
Sayles, Kevin

[previous]  [back to list]  [next]
[modify search]  [new search]

Criteria Chosen:
Sex = M; **Race** = White; **County(s)** = Burlington; **Current Facility** = South Woods State Prison;

*Disclaimer:*
    The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
    The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
    It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
    Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

South Woods State Prison
215 Burlington Road South
Bridgeton, NJ  08302
(856) 459-7000
email: South Woods State Prison

# EXHIBIT T



### State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC | AgriIndustries          Search the DOC

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

**Sean R Hercus**

| | |
|---|---|
| SBI Number: | 000828103E |
| Sentenced as: | Hercus, Sean R |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Green |
| Height: | 5'8" |
| Weight: | 180 lbs. |
| Birth Date: | ███████ |
| Admission Date: | August 15, 2014 |
| Current Facility: | SWSP |
| Current Max Release Date: | April 12, 2018 |
| Current Parole Eligibility Date: | October 22, 2015 |



### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of :<br>2C:39-5B*2 Weapons/Unlawful Possession:Handguns /2 | May 25, 2012 | August 15, 2014 | Burlington | BUR1208011851 | 1 Year | 5 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| August 15, 2014 | Currently In Custody |

### ALIASES

No aliases available

[previous]  [back to list]  [next]
[modify search]  [new search]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = South Woods State Prison;

*Disclaimer:*
The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).

The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.

It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.

Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

South Woods State Prison
215 Burlington Road South
Bridgeton, NJ  08302
(856) 459-7000
email: South Woods State Prison

Visit procedures and visitation schedule

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.


OPRA | Open
Public Records Act

contact us | privacy notice | legal statement 

# EXHIBIT U



Text Only Version | NJHome | Services A to Z | Departments/Agencies    State Wide Search

# State of New Jersey
# Department of Corrections

*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC | AgriIndustries    Search the DOC

DOC Home Page | Search Form | Escapes | Restrictions

## Offender Details:

Printer Friendly Version

**Howard W McCormick**



| | |
|---|---|
| SBI Number: | 000576493C |
| Sentenced as: | McCormick, Howard W |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Black |
| Eye Color: | Brown |
| Height: | 6'0" |
| Weight: | 190 lbs. |
| Birth Date: | |
| Admission Date: | January 9, 2015 |
| Current Facility: | SWSP |
| Current Max Release Date: | April 30, 2017 |
| Current Parole Eligibility Date: | October 27, 2015 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:14-2B*2 Sexual Assault-/Vctm undr13/Actr+4y/2 | UNKNOWN | January 16, 2015 | Camden | (MPSV) 06-05-2434-I | None | 609 Days |
| 1 count of : 2C:39-3B*3 Weapons/Devices Proh:Sawed-Off Shotgun/3 | UNKNOWN | March 17, 2005 | Camden | PV01-01-00087-I | None | 76 Days |
| 1 count of : 2C:5-2*3 Conspiracy, Uncoded Chapter No /3 | UNKNOWN | March 17, 2005 | Camden | PV01-01-00087-I | None | 76 Days |
| 1 count of : 2C:5-235X*3 Conspiracy,Cntrld Dngrous Substnc /3 | February 21, 2014 | January 9, 2015 | Burlington | BUR1405005411 | None | 3 Years |
| 1 count of : 2C:14-2B*2 Sexual Assault-/Vctm undr13/Actr+4y/2 | March 13, 2005 | February 3, 2006 | Camden | I-2434-06-05 | 8 Years 6 Months 1 Day | 10 Years |
| 1 count of : 2C:39-3*3 Weapons/Devices Prohibited /3 | July 25, 2000 | October 24, 2003 | Camden | I-87-01-01 | None | 4 Years |
| 1 count of : 2C:5-2*3 Conspiracy, Uncoded Chapter No /3 | July 25, 2000 | October 24, 2003 | Camden | I-87-01-01 | None | 4 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| October 24, 2003 | May 3, 2004 |
| February 3, 2006 | September 15, 2013 |
| January 9, 2015 | Currently In Custody |

**ALIASES**

McCormick, Wil

[previous] [back to list] [next]
[modify search] [new search]

**Criteria Chosen:**
Sex = M; Race = White; County(s) = Burlington; Current Facility = South Woods State Prison;

*Disclaimer.*
*The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).*
*The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.*
*It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.*
*Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.*

The New Jersey Department of Corrections Database was last updated on March 7, 2015 . Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

# EXHIBIT V



Text Only Version   NJHome   Services A to Z   Departments/Agencies          State Wide Search



State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan

Divisions of the DOC   AgriIndustries          Search the DOC

DOC Home Page   |   Search Form   |   Escapes   |   Restrictions

## Offender Details:

Printer Friendly Version

**Jeffrey A Sweet**



| | |
|---|---|
| SBI Number: | 000980132B |
| Sentenced as: | Sweet, Jeffrey A |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Blue |
| Height: | 6'0" |
| Weight: | 190 lbs. |
| Birth Date: | |
| Admission Date: | April 28, 2014 |
| Current Facility: | SWSP |
| Current Max Release Date: | February 20, 2018 |
| Current Parole Eligibility Date: | June 27, 2015 |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of : 2C:15-1*1 Robbery /1 | UNKNOWN | September 2, 2005 | Burlington | 05-01-00059-I | 8 Years 6 Months 1 Day | 10 Years |
| 1 count of : 2C:15-1*1 Robbery /1 | UNKNOWN | April 28, 2014 | Burlington | MPSV-05-01-00059-I | None | 2 Years 664 Days |
| 1 count of : 2C:20-3A*3 Theft/Unlaw.Taking/Disp-Movable Prop. /3 | September 17, 2013 | July 11, 2014 | Burlington | 14-01-00071-I | None | 3 Years |

| INCARCERATION HISTORY | | ALIASES |
|---|---|---|
| **Date In Custody** | **Date Out of Custody** | No aliases available |
| September 2, 2005 | February 15, 2013 | |
| April 28, 2014 | Currently In Custody | |

previous   back to list   next
modify search   new search

**Criteria Chosen:**
Sex = M; **Race** = White; **County(s)** = Burlington; **Current Facility** = South Woods State Prison;

*Disclaimer.*
  The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
  The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
  It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
  Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302
(856) 459-7000
email: South Woods State Prison

Visit procedures and visitation schedule

# EXHIBIT W



State Wide Search

# State of New Jersey
# Department of Corrections
*"Protecting Public Safety by Changing Offender Behavior"*

Commissioner
Gary M. Lanigan



Divisions of the DOC   AgriIndustries  ▷        Search the DOC  ⦿

DOC Home Page  |  Search Form  |  Escapes  |  Restrictions

## Offender Details:

Printer Friendly Version

John R Dusak



| | |
|---|---|
| SBI Number: | 000836826D |
| Sentenced as: | Dusak, John R |
| Race: | White |
| Ethnicity: | White |
| Sex: | Male |
| Hair Color: | Brown |
| Eye Color: | Hazel |
| Height: | 6'5" |
| Weight: | 175 lbs. |
| Birth Date: | |
| Admission Date: | January 25, 2015 |
| Current Facility: | WYCF |
| Current Max Release Date: | October 14, 2017 |
| Current Parole Eligibility Date: | N/A |

### CURRENT PRISON SENTENCE

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term | Maximum Term |
|---|---|---|---|---|---|---|
| 1 count of :<br>2C:39-5B*2 Weapons/Unlawful Possession:Handguns /2 | April 17, 2013 | January 10, 2014 | Burlington | 13-10-01456-I | 1 Year | 5 Years |

### INCARCERATION HISTORY

| Date In Custody | Date Out of Custody |
|---|---|
| January 10, 2014 | January 25, 2015 |
| January 25, 2015 | January 25, 2015 |

### ALIASES
No aliases available

[previous]  [back to list]  [next]
[modify search]  [new search]

**Criteria Chosen:**
Sex = M; **Race** = White; **County(s)** = Burlington; **Current Facility** = Albert C. Wagner Youth Correctional Facility;

*Disclaimer:*
  The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to selected offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).
  The New Jersey Department of Corrections updates this information on a biweekly basis to ensure that it is complete and accurate as possible. This information, however, may change quickly. In addition, it is noted that offenders on Work Release, Furlough, or in a Residential Community Program are visible to the public and these types of releases are not necessarily reflected in their profile. Therefore, the information on this site may not reflect the true current location, status, release date or other information regarding an offender.
  It should also be noted that the records of offenders who have been paroled or released are not updated after they leave the custody of the correctional facility, therefore, no presumption should be made that any offender listed as paroled from a correctional facility remains under active parole supervision.
  Furthermore certain offenders, at the discretion of the New Jersey Department of Corrections and other law enforcement agencies, may be excluded from the web site.

The New Jersey Department of Corrections Database was last updated on March 7, 2015 .  Visit restrictions change daily.

For questions concerning any offender information available on this WebPage, please contact:

Wagner Youth Correctional Facility
P.O. BOX 500
Bordentown, NJ  08505
(609) 298-0500
email: Wagner Youth Correctional Facility

Visit procedures and visitation schedule

JUL 0 8 20␣␣
RECEIVED

*** Please Note: You will be contacting a DOC employee, not an offender. Offenders cannot receive e-mail. ***

If additional information is required, please direct written inquires to the mailing address listed above.