ASKIA WASHINGTON #69032-066
FEDERAL DETENTION CENTER - BOX 562
PHILADELPHIA, PA. 19105

PETITIONER IN PRO SE

RECEIVED
AUG 24 2015

========================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|     RESPONDENT, : | |
| V. : | MOTION REQUESTING RETURN OF ALL |
| : | SEIZED PROPERTY PURSUANT TO RULE |
| ASKIA WASHINGTON - PRO SE : | 41(G), FED. CRIM. PROCEDURE |
|     PETITIONER. : | |
| : | CRIMINAL DKT#13-00171-02 |
| : | |

========================================================================

NOW COMES, ASKIA WASHINGTON, PRO SE, WHO REQUESTS THAT THE COURT SET A HEARING AT A DATE AND TIME DETERMINED BY THE COURT WHICH WILL ALLOW THE ABOVE MOTION FOR RETURN OF PROPERTY TO BE HEARD AND DECIDED AS RELATES TO THE RETURN OF ALL PROPERTY SEIZED AT THE TIME OF HIS ARREST WHICH IS NOT CONSIDERED CONTRBAND BY STATE AND FEDERAL LAWS. ALL MATTERS RELATING TO SUCH CRIMINAL CASE HAVE BEEN AJUDICATED BY THE UNITED STATES DISTRICT COURT AND SUCH PROPERTY HAS NO EVIDENTIAL VALUE TO THE GOVERNMENT.

PETITIONER THEREFORE ASKS THAT THE COURT UPON REVIEW OF THE ATTACHED BRIEF IN SUPPORT OF SUCH MOTION ORDER THAT ALL PROPERTY LISTED BE RETURNED.

                                                             RESPECTFULLY SUBMITTED,

                                                             *Askia Washington* (signature)

                                                             ASKIA WASHINGTON #69032-066
                                                             FEDERAL DETENTION CENTER
                                                                 BOX - 562
                                                           PHILADELPHIA, PA. 19105

DATED : AUGUST 20, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO.#13-00171-02
      RESPONDENT, :
       :
   V. :
       :
ASKIA WASHINGTON - PRO SE :
      PETITIONER. :
       :
       :

---

   BRIEF IN SUPPORT OF MOTION FOR RETURN OF ALL
   SEIZED PROPERTY BY GOVERNMENT AT TIME OF ARREST
   PURSUANT TO RULE - 41(G), FED. R. CRIM. PROCEDURE

---

                                        ASKIA WASHINGTON #69032-066
                                        FEDERAL DETENTION CENTER
                                            BOX 562
                                        PHILADELPHIA, PA. 19105

SAT BEFORE:

HONORABLE : JOEL H. SLOMSKY, U.S.D.J.
UNITED STATES DISTRICT COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA. 19106

## LEGAL ARGUMENT

(A) PETITIONER SUBMITS THAT ALL PROPERTY SEIZED AT THE TIME OF HIS ARREST SHOULD BE RETURNED BECAUSE SUCH IS NOT CONTRABAND AS IS DEFINED BY FEDERAL OR STATE LAW, AND THAT SUCH WAS NOT OBTAINED BY AND THROUGH ILLEGITIMATE MEANS OR WITH ILLEGITIMATE FUNDS DERIVED FROM UNLAWFUL OR CRIMINAL ACTIVITIES. PETITIONER ALSO SUBMITS THAT THE SEIZED PROPERTY HAS NO EVIDENTIAL VALUE.

===================================================================

A PERSON AGRIEVED BY AN UNLAWFUL SEARCH AND SEIZURE OR BY THE DEPRIVATION OF PROPERTY MAY MOVE THE DISTRICT COURT FOR THE DISTRICT IN WHICH THE PROPERTY WAS SEIZED FOR THE RETURN OF THE PROPERTY ON THE GROUND THAT SUCH PERSON IS ENTITLED TO LAWFUL POSSESSION OF THE PROPERTY. THE COURT SHALL RECEIVE EVIDENCE ON THE ISSUE OF FACT NECESSARY TO THE DECISION OF THE MOTION. IF THE MOTION IS GRANTED, THE PROPERTY SHALL BE RETURNED TO THE MOVANT, ALTHOUGH, THE COURT MUST MAKE A FINDING ON THE RECORD THAT THE GOVERNMENT HAS NO NEED FOR THE PROPERTY IN AN INVESTIGATION OR PROSECUTION.

PETITIONER WASHINGTON SUBMITS THAT THE PROPERTY SEIZED AND HELD BY THE UNITED STATES GOVERNMENT HAS NO EVIDENTIAL VALUE TO THE GOVERNMENT BECAUSE PETITIONER HAS BEEN FOUND GUILTY OF FEDERAL CHARGES DERIVING OUT OF THE CRIMINAL COMPLAINT. PETITIONER FURTHER SUBMITS THAT NONE OF THE SEIZED ITEMS ARE CONSIDERED TO BE CONTRABAND AS THAT TERM IS DEFINED BY FEDERAL AND STATE LAWS. FURTHERMORE, THE SEIZED ITEMS WERE NOT OBTAINED BY OR THROUGH ILLEGITIMATE MEANS OR WITH ANY ILLEGITIMATE FUNDS DERIVED FROM UNLAWFUL OR CRIMINAL ACTIVITIES.

ALTHOUGH THE GOVERNMENT HAS NOT FILED ANY FORFEITURE CLAIM TO SUCH HELD ITEMS, THEY DO REMAIN IN THE GOVERNMENT'S POSSESSION AT THIS TIME. PETITIONER THEREFORE MOVES FOR THEIR RETURN VIA THIS MOTION. THE FOLLOWING ITEMS ARE NOW REQUESTED TO BE RETURNED:  (1) ONE GUCCI WALLET (BLACK); (2) ONE SET OF KEYS; (3) FOUR CELLPHONES - I-PHONE 5, I-PHONE 4, CRICKET SAMSUNG, KORECA PHONE; (4) ONE BLACK NIKE WALLET WITH BROTHER'S IDENTIFICATION INSIDE; (5) ONE AMARNI EXCHANGE WATCH.  ALL SEIZED FROM MY PERSON AT TIME OF ARREST.

RESPECTFULLY SUBMITTED,

*Askia Washington*

ASKIA WASHINGTON #69032-066
FEDERAL DETENTION CENTER - BOX 562
PHILADELPHIA, PA. 19105

<u>PETITIONER IN PRO SE</u>

DATED: AUGUST 20, 2015

(1)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING MOTION FOR RETURN OF PROPERTY - R. 41(G) WAS SERVED BY FIRST CLASS MAIL UPON THE CLERK AND UPON THE UNITED STATES ATTORNEY'S OFFICE ON AUGUST   , 2015, AT THE ADDRESS LISTED BELOW:

        (1) UNITED STATES ATTORNEY'S OFFICE
            615 CHESTNUT STREET - SUITE #2400
            PHILADELPHIA, PA. 19106

RESPECTFULLY SUBMITTED,

*Askia Washington*

ASKIA WASHINGTON #69032-066
FEDERAL DETENTION CENTER
BOX - 562
PHILADELPHIA, PA. 19105

DATED: AUGUST 20, 2015

(2)