IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

ASKIA WASHINGTON,

Defendant.

CRIMINAL ACTION
NO. 13-171-02

## ORDER

**AND NOW**, this 29th day of December 2015, it is **ORDERED** that the Clerk of Court **SHALL** docket **UNDER SEAL** the attached Motion for a New Trial and accompanying memorandum and exhibits from Defendant Askia Washington dated December 23, 2015, received by the Court on December 28, 2015.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.