IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ASKIA WASHINGTON

CRIMINAL ACTION
NO. 13-171-2

### ORDER

**AND NOW**, this 5th day of January 2016, upon consideration of the letter from counsel for the Government dated January 4, 2016, requesting an extension of time to respond to Defendant's Motion for a New Trial, it is **ORDERED** that the Government may file a response to the Motion for a New Trial by **January 29, 2016**. It is further **ORDERED** that the Clerk of Court shall docket the attached letter from counsel for the Government dated January 4, 2016.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

SALVATORE L. ASTOLFI
Direct Dial: (215) 861-8431
Facsimile: (215) 861-8618
E-mail Address: Salvatore.Astolfi@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

January 4, 2016

**Via Email:**
Honorable Joel H. Slomsky
Judge, United States District Court
5614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744

      **RE:**   **U.S. v. Askia Washington**
             **Criminal No. 13-171-2**

Dear Judge Slomsky:

    I am writing to request that the government be permitted to file its response to defendant's Motion for a New Trial on or before January 29, 2016. I have communicated with Mark S. Greenberg, Esquire, counsel for Mr. Washington, and he advised me that he is not opposed to our request for additional time to respond to the motion.

    Thank you in advance for your consideration of this request.

                                                      Very truly yours,

                                                      ZANE DAVID MEMEGER
                                                      United States Attorney

                                                      ERIC B. HENSON
                                                      Assistant United States Attorney

Cc: Mark S. Greenberg, Esquire