IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

ASKIA WASHINGTON,

           Defendant.

CRIMINAL ACTION
NO. 13-171-02

## ORDER

**AND NOW**, this 12th day of April 2016, upon consideration of Defendant's Motion for a New Trial (Doc. No. 262), the Government's Response (Doc. No. 264), Defendant's Reply (Doc. No. 266), and in accordance with the Opinion issued this day, it is hereby **ORDERED** that Defendant's Motion for a New Trial (Doc. No. 262) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.