```
 PHLCP           *           INMATE EDUCATION DATA        *     10-12-2015
PAGE 001 OF 001 *               TRANSCRIPT                *     19:21:21

REGISTER NO: 69032-066    NAME..: WASHINGTON                FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: PHL-PHILADELPHIA FDC

---------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
PHL  GED UNK    GED STATUS UNKNOWN             03-15-2013 1707 CURRENT

----------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV   HRS
PHL M      TEETH WELLNESS CLASS        09-20-2015 09-20-2015   P   C  P    1
PHL M      CARPAL TUNNEL SYNDROME      08-15-2015 08-15-2015   P   C  P    1
PHL M      BASKETBALL OFFICIAL TNG     07-21-2015 07-21-2015   P   C  P    1
PHL M      FOOD MACHINE WELLNESS CLASS 07-19-2015 07-19-2015   P   C  P    1
PHL M      3N WATER PAINTING           06-16-2015 06-16-2015   P   C  P    4
PHL M      THE EAR CLASS               06-14-2015 06-14-2015   P   C  P    1
PHL M      BODY FAT % & BODY MASS INDEX 05-16-2015 05-16-2015  P   C  P    2
PHL M      VOLLEYBALL OFFICIAL TRAINING 05-12-2015 05-12-2015  P   C  P    2
PHL M      SOCCER   OFFICIAL TRAINING  04-08-2015 04-08-2015   P   C  P    2
PHL M      HEART MONITOR               04-18-2015 04-18-2015   P   C  P    2
PHL M      REC AIDE TRAINING           03-17-2015 03-17-2015   P   C  P    2
PHL M      3N THE BRAIN CLASS          03-24-2015 03-24-2015   P   C  P    1
PHL M      BODY FAT % & BODY MASS INDEX 02-24-2015 02-24-2015  P   C  P    2
PHL M      HANDBALL OFFICIAL TNG       02-17-2015 02-17-2015   P   C  P    2
PHL M      INTRO TO LUNG FUNCTION      01-20-2015 01-20-2015   P   C  P    1
PHL M      REC AIDE TRAINING           01-13-2015 01-13-2015   P   C  P    2
PHL M      INTRO TO HIGH BLOOD PRESSURE 10-22-2014 10-22-2014  P   C  P    1
PHL M      INTRO TO CHESS              10-14-2014 10-21-2014   P   C  P    8
PHL M      INTRO TO LUNG FUNCTION      11-19-2014 11-19-2014   P   C  P    1
PHL M      INTRO TO DRAWING            11-10-2014 11-18-2014   P   C  P    9
PHL M      THE MUSCLES & BONES CLASS   12-16-2014 12-16-2014   P   C  P    1
PHL M      HANDBALL OFFICIAL TNG       12-09-2014 12-09-2014   P   C  P    2
PHL M      ANGER MANAGEMENT CLASS      10-06-2014 10-06-2014   P   C  P    1
PHL M      HEART ZONE TRAINING BASICS  09-10-2014 09-10-2014   P   C  P    2
PHL M      BOWLING BASICS CLASS        08-13-2014 08-13-2014   P   C  P    1
PHL M      RPP1-WELLNESS               08-10-2014 08-10-2014   P   C  P    1
PHL M      HEART MONITOR               08-08-2014 08-08-2014   P   C  P    2
PHL M      3N WEIGHT MANAGEMENT        07-13-2014 07-13-2014   P   C  P    2
PHL M      THE HEART CLASS             07-16-2014 07-16-2014   P   C  P    1
PHL M      BASKETBALL OFFICIAL TNG     07-11-2014 07-11-2014   P   C  P    1
PHL M      SOCCER   OFFICIAL TRAINING  04-10-2014 04-10-2014   P   C  P    2
PHL M      STRETCHING CLASS            04-16-2014 04-16-2014   P   C  P    1
PHL M      CARPAL TUNNEL SYNDROME      04-13-2014 04-13-2014   P   C  P    1
PHL M      VOLLEYBALL OFFICIAL TRAINING 05-08-2014 05-08-2014  P   C  P    2
PHL M      INTRO TO EYE FUNCTION       05-14-2014 05-14-2014   P   C  P    1
PHL M      TEETH WELLNESS CLASS        05-11-2014 05-11-2014   P   C  P    1
PHL M      INTRO TO STRESS MANAGEMENT  03-18-2014 03-18-2014   P   C  P    1
PHL M      3N THE BRAIN CLASS          03-19-2014 03-19-2014   P   C  P    1
PHL M      BODY FAT % & BODY MASS INDEX 02-12-2014 02-12-2014  P   C  P    2
PHL M      HANDBALL OFFICIAL TNG       02-07-2014 02-07-2014   P   C  P    2


G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# Award of Distinction

awarded to:

# Askia Washington

## Rec Aide Volunteer

FDC, Philadelphia, PA

Assisting with All Unit Recreation Activities, Assistant Instructor of All Leisure & Wellness Classes, Unit Photographer & Holiday Referee for All Tournaments

Thank you for your outstanding work ethics!

_Recreation Department_

_August 2013 – June 2014_

L. McAdoo, Recreation Specialist

# Award of Achievement

to:

# Askia Washington

for

## Anger Management Class

Learning to deal with anger in a positive way,
Identifying solutions, and practicing relation skills

FDC, Philadelphia, PA

October 6, 2014

Recreation Department

L. McAdoo, Recreation Specialist

# CERTIFICATION OF COMPLETION

AWARDED TO

## ASKIA WASHINGTON

FOR SUCCESSFULLY COMPLETING THE REQUIRED HOURS FOR

### "Re-Entry, Resources for Change"

AWARDED THIS 2ND DAY OF MARCH 2015

**CONGRATSULATIONS!**

N. MANSI, COUNSELOR