IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | CRIMINAL ACTION |
| v. | : : | |
| ASKIA WASHINGTON | : : | NUMBER: 13-171-2 |

### SECOND SUPPLEMENTAL SENTENCING MEMORANDUM

TO THE HONORABLE JOEL H. SLOMSKY, JUDGE OF THE SAID COURT:

Defendant ASKIA WASHINGTON, by his attorney, Mark S. Greenberg, Esquire, respectfully requests the Court to consider the following letter from Rashida Clover and additional Certificates of Completion Mr. Washington has earned while incarcerated at the FDC in connection with sentencing scheduled for May 4, 2016.

Respectfully submitted,

/s/ Mark S. Greenberg
_____
MARK S. GREENBERG, ESQUIRE
Attorney for Defendant