4/25/16

Dear Judge,

My name is Rashida Clover, oldest sister of Askia Washington. As you are aware from the last letter that I sent you, Askia as well as myself and our other two younger siblings did not have what now seems to be a privelidge of being raised by our parents. We basically had to grow up on our own from early teenage years, with me primarily acting in absence of our parents.

I'm sending you this letter one last time as a plea for my brothers release from the very system that failed us as youth.

Judge I know that you are a smart and fair man. That is why you have been placed in one of the highest positions of the law to rule on these cases and set standards for citizens rights as it relates to the law.

In saying that, I know you unlike myself are well versed in the law and understand how some laws can be abused at times to fit an agenda. Well your honor, many people in our communities including myself feel that this case and many like it fit into that abusive criteria in which im refering to.

"In criminal law, entrapment is concluded when a law enforcement agent induces a person to commit a criminal offense they would not have committed otherwise".

In my brothers defense - His case is clearly that. If you can recall in one of the videos played my brother clearly states "I don't even do this shit man". When he stated that, at that time tha UC agent should have discontinued pursing + pursuding my brothers involvement. The UC in court clearly stated they are looking for organized gangs that do these types of crimes.

That is not Askia.

These types of law enforcement tactics are not productive and are not clearing the streets of serious offenders.

This is not right and it's not fair, to continue to allow this agency to entrap poor, undereducated individuals in our already struggling communities.
Families are already broken, and these types of tactics are not helping. Instead they only further the prison pipeline agenda.

Your honor, please consider this as you make your ~~_____~~ judgement during my brothers sentencing. Askia has already spent years behind bar for this victimless and unfair case.

Sincerely,
Rashida Clover

# Certificate of Completion

Presented To:

**ASKIA WASHINGTON**

For Successfully Completing The

## 1 Hour The Ears And Balance Class

Recreation Department
Federal Detention Center
Philadelphia, Pennsylvania

Awarded: April 22, 2016

*J. Farrow*

J. Farrow, Recreation Specialist

# Certificate of Completion

Presented To:

**ASKIA WASHINGTON**

For Successfully Completing The

**1 Hour Teeth Class**

*Recreation Department*
*Federal Detention Center*
*Philadelphia, Pennsylvania*

**Awarded: April 18, 2016**

*J. Farrow*

J. Farrow, Recreation Specialist

# Certificate of Completion

Presented To:

## ASKIA WASHINGTON

For Successfully Completing The

### 1 Hour Anger Management Class

Recreation Department
Federal Detention Center
Philadelphia, Pennsylvania

**Awarded: February 22, 2016**

_D. Johnson_

D. Johnson, Recreation Specialist