**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :   CRIMINAL NO. 13-171-2 |
| **ASKIA WASHINGTON** | : |

**WITHDRAWAL OF APPERANCE**

Kindly withdraw my appearance on behalf of the United States of America.

                                        ZANE DAVID MEMENGER
                                        United States Attorney


                                        s/Salvatore L. Astofli
                                        SALVATORE L. ASTOLFI
                                        Assistant United States Attorney