IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: MAY 12, 2016 |
| vs. | : | |
| | : | Criminal No. 13-171-2 |

ASKIA WASHINGTON
USM # 69032-066          **"FEDERAL CUSTODY"**
FDC - PHILA.
700 ARCH STREET
P.O. BOX 562
PHILA., PA.  19105


**TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **MONDAY, JUNE 13, 2016** at **10:00 A.M.** before the Honorable Joel H. Slomsky, in Courtroom 13-A, 13^(TH) FLOOR.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,
Margaret Gallagher
Deputy Clerk to  Judge Slomsky

[NO]  INTERPRETER REQUIRED
[]  THIS PROCEEDING HAS BEEN RESCHEDULED FROM


                                                                 Notice to:
                                                                 Defendant
                                                                 Defense Counsel
MARK S. GREENBERG, ESQ.                 Eric B. Henson, A.U.S.A. (via email)
13 TERRACE ROAD                              U.S. Marshal (via email)
PLYMOUTH MEETING, PA.  19462         Pretrial Services (via email)
                                                                 Probation office - Megan Maier
                                                                 Larry Bowman (via email)

Cr 4 (rev. 8/98)