| COMMONWEALTH VS. | NAME, A/K/A, ADDRESS, ZIP CODE | | YEAR, TERM & NO. |
|---|---|---|---|
| RECORD CON. NO. | ASKIA WASHINGTON | | 0507 0925 1/1 |
| POLICE PHOTO NO. 0825991 | 3514 RAND ST PHILA. PA 19144 | DTN# N1993773 | THIS CASE INVOLVES NOS. CHARGE 1 TO 9 |
| STATUS OF DEFENDANT | PLACE OF PRELIM. HEARING 0001 5501 PINE ST | | ISSUING AUTH. BRADY 418 |
| Bail Set $   Bail Made $ | DT. OF INCIDENT 3/23/03 | BIRTH DATE 2/06/80 | SEX M 1  RACE A-A  D.C. NO. 0318017100 |
| Surety Name & Address | ATTY. CD 00001 | M.C. CASE NO. 0303 2645 1/1 | COMPLAINT DT. 3/23/03  DT. PREL. HEARING 7/22/05 |
| DISM.  BILL NO.  DATE 8/03/05 | DATE OF ARRAIGN. 8/12/05 | | POL. SURG. RM. 504 |
| CHARGE CODES & CHARGES | CC27020 - AGGRAVATED ASSAULT 2702 F1 | | |

**PRE-TRIAL/TRIAL** ☒ WAIVER/JURY

DATE: OCT 1 9 2005  ROOM: 605  COURT STENO: Lydia Thomas  COURT CLERK: _Jamison_
JUDGE: Leon Tucker  ADA: Peter Erdely  COUNSEL: Daniel McGarrigle PD

PLEA: Formal Arraignment Waived. Plea of not guilty entered.
Adjudged Guilty F2

Sentence deferred until 12/1/05
Room 505
☒ Pre-sentence Report ordered
☐ Mental Health Evaluation Ordered
☒ Other _Bail Revoked_

BY THE COURT,
_/s/_  J.

VERDICT                                                          DATE

**SENTENCE**

DATE: December 1, 2005  ROOM: 505  COURT STENO: Maureen Hamm  COURT CLERK: Ramona Williams
JUDGE: Hon Leon W. Tucker  ADA: Clay Cauley  COUNSEL: Daniel McGarrigle, esq P.D.

Not less than 12 months nor more than 24 months Incarceration to run consecutive to any sentence now serving. Pay mandatory court costs $235.50. By the Court.

_/s/_  J.

COMMONWEALTH OF PENNSYLVANIA | In the Common Pleas Court of the County of Philadelphia
COUNTY OF PHILADELPHIA   ss.   0507 0925 1/1    1   CRIMINAL SECTION

THE DISTRICT ATTORNEY OF PHILADELPHIA BY THIS INFORMATION CHARGES THAT ON OR ABOUT 3/29/03 IN PHILADELPHIA,
ASKIA WASHINGTON

1. ATTEMPTED TO CAUSE OR INTENTIONALLY, KNOWINGLY OR RECKLESSLY CAUSED SERIOUS BODILY INJURY TO A POLICE OFFICER, FIREFIGHTER, COUNTY ADULT PROBATION OFFICER OR AN AGENT OF THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE IN THE PERFORMANCE OF DUTY OR TO AN EMPLOYEE OF AN AGENCY, COMPANY OR OTHER ENTITY ENGAGED IN PUBLIC TRANSPORTATION, WHILE IN THE PERFORMANCE OF DUTY

2. ATTEMPTED TO CAUSE OR INTENTIONALLY OR KNOWINGLY CAUSED BODILY INJURY TO A POLICE OFFICER, FIREFIGHTER OR COUNTY ADULT PROBATION OR PAROLE OFFICER, COUNTY JUVENILE PROBATION OR PAROLE OFFICER OR AN AGENT OF THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE IN THE PERFORMANCE OF DUTY

3. NOTICE IS HEREBY GIVEN THAT SHOULD THE DEFENDANT BE CONVICTED OF AGGRAVATED ASSAULT AS DEFINED IN 18 PA.C.S. 2702(A)(1) OR ATTEMPT TO COMMIT SAME, THE COMMONWEALTH WILL PROCEED UNDER 42 PA.C.S. 9712 (CONCERNING SENTENCES FOR OFFENSES COMMITTED WITH FIREARMS) AND SEEK IMPOSITION OF A MANDATORY SENTENCE IN ACCORDANCE THEREWITH

4. NOTICE IS HEREBY GIVEN THAT SHOULD THE DEFENDANT BE CONVICTED OF AGGRAVATED ASSAULT FOR HAVING INTENTIONALLY, KNOWINGLY OR RECKLESSLY CAUSED SERIOUS BODILY INJURY TO ANOTHER UNDER CIRCUMSTANCES MANIFESTING EXTREME INDIFFERENCE TO THE VALUE OF HUMAN LIFE, THE COMMONWEALTH WILL PROCEED UNDER 42 PA.C.S. 9714 (CONCERNING SENTENCES FOR SECOND AND SUBSEQUENT OFFENSES) AND SEEK IMPOSITION OF A MANDATORY SENTENCE IN ACCORDANCE THEREWITH

VICTIM- P/O ROSSELLI

DEADLY WEAPON- CAR

NO. OF COUNTS -    1

18 PA.C.S. 2702(A).

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

8/03/05 | DISTRICT ATTORNEY LYNNE ABRAHAM | ASSISTANT DISTRICT ATTORNEY ANAMITA BALSARA   APPROVED

30-91A (Rev. 5/81)