# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | CRIMINAL ACTION |
| v. | : : | |
| ASKIA WASHINGTON | : : | NUMBER 13-171-02 |

## NOTICE OF APPEAL

Notice is hereby given that ASKIA WASHINGTON appeals to the United States Court of Appeals for the Third Circuit from the Judgment of Sentence entered on June 14, 2016 by the Honorable Joel Slomsky.

                                                                   _____/S/_____
                                                        MARK S. GREENBERG, ESQUIRE
                                                        Attorney for Defendant

Dated: June 14, 2016