CR 13-171-2
USA v. Askia Washington

RECEIVED JUN 13 2016

April 4, 2016

To whom it may concern,

My name is Patricia Jones I am Askia Washington's mother. I writing this letter to plead for leniency for my son. He's been in custody for quite some time now, I know that what he was involved in was wrong and I'm pretty sure that he is regretful for putting himself in the situation with that being said if he go away i'm hoping that it will not be too far because his grandmom is not well and will not be able to travel to visit him bless her heart she doesn't have much longer here, and I myself cannot travel for may a couple times. So with that being said, please if possible can you concider not sending him too far away. Thank you for reading this.

Sincerely I Thank you,
Patricia Jones

Dear Judge Slomsky,

Good day. I'm writing to let you know these last 3 years has been hard with out my husband Askia home. Askia helped me with everything. He was always there when I needed help with my children and everyday life. He helped my son Nymir with his homework and made sure that he stayed on the track, he talks to Nymir and make sure that he is playing to used & making good choices. Askia is a great guy, he is always trying to make sure everyone is happy. Everyone in the neighborhood loves Askia, he is a role model to a lot of the children. He made sure the children were doing great in school. He brought children ice cream & water ice when the trucks came around the neighborhood. He played basketball & football with children at the playground. Askia just got caught up with the wrong

people. Please understand my feelings that I expressed about Aska.

Thank you,
Tonya Hunsen
Washington