Dear Mr. Slonsky:

First I want to state that I am fully aware of the potential harm that could have arose from the events leading to my arrest. Even though I went to trial to prove that I was entrapped into partaking in a robbery in which no victim existed, I am ashamed that I was foolish enough to participate in a robbery.

I've been arrested for drugs in the past, but never was "arrested" or participated in a robbery previously.

I do not say these things to shift the blame or culpability on anyone else. I say this to shed light in the overall context of events as your Honor knows.

I am not a bad person truthfully I have a good heart and one of my greatest flaws is placing others' wants and needs in front of mine as well as priorities before my own. I've been incarcerated for 39 months. This has given me a lot of time to think about all of the bad decisions I've made in the past that lead me to the predicament that I am in today. I've come to the realization that significant portions of my life can be summed up as a ~~brief~~ period of disaster stemming from one bad decision.

I ask the court to consider the fact that as a kid I was diagnosed

with "Adult" Thoughts as I grew up I have had periods of phychological treatment and I am taking medication now because of this. Also prior to my arrest I took percicets, and morphine pills because of a motorcycle accident in 2011 of July. My phycological history is documented as is my proscripto to the drugs I was on.

    Although I am wrong for my participation ~~drug use~~ in this crime due to my phycological history, drug treatment for phycological issues, and my proscribed drug use before and during this crime, I was clearly the easiest target to entice for the crime as such. Your Honor please do not take the letter as a "cry" to put the system on trial, however, if society was able to pick someone for this type of crime they would not have picked me for the job if they had to factor in my past criminal history and my mental state. thank you for your time to read this.

                        Truly yours,

                        Askia Washington

To Your Honorable Judge,

    My name is Nicholas Remchuk the letter I am writing you today is in reference to Askia Washington. For the last 19 months of my life I have been incarserated with Askia in FDC Philadelphia, and I wish to tell you about some of the experiences that I have had with him throughout my stay.

    From what I have observed one of the hardest times for an inmate is the very begining of his stay. This is due to not knowing anyone and not having anything such as food and hygiene products, but for me and my friend Robert who arrived the same day as me and was Askia's cellmate for an entire year, this was not the case. Right from the begining Askia approached us both and introduced himself and asked if we needed anything. Askia procceded to give us both bags with enough soap, shampoo, razors, and food items to keep us afloat until we were able to establish ourselves. His kindness did not stop there anytime since my arrival that I have needed something or have not had something he has been there to help and provide without wanting anything in return.

    Askia has also taken the time to discuss my future with me, to be more specific what I could do in my future to not make the same mistakes that landed me in my current situation. Of course he stated the obvious of not hanging out or associating with the same peoples and places, but took it further in finding out what my interests are and how I could turn those interests into a future or perhaps a business. We actually read and discussed

many books that were geared toward owning your own businesses and how to operate them successfully. With his help I actually put together a business plan for myself that is focused on aquiring and restoring homes and selling them for a profit; he helped me take a profound step toward having a successful future that I don't think I would have taken without his positive push.

Another area that Askia has helped me out in is finding faith once again in my higher power. Although Askia is Muslim by faith and I am Christian by faith, his focus was not on specific religion but rather faith in itself and how it can help you through situations that you find it hard to see any hope in. And how faith also gives you something to confide things to that you may have a hard time confiding to a friend or loved one. Again another positive that I have gained by getting to know Askia.

In the end I believe that Askia has helped me grow and mature into being a better person and for that I will always be thankful and when the time comes that we have to move on from this place I hope to be able to stay in touch and remain friends with him. Thank you for your time spent reading and consideration of this letter.

Nicholas Remchuk<br>
*Nicholas Remchuk*