UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF
SUPERVISION WITH THE CONSENT OF THE OFFENDER
(Probation Form - Waiver of Hearing is Attached)

Offender Name: Antonio Ellis                    Case Number: DPAE2:13CR000171-003

Name of Sentencing Judicial Officer: The Honorable Joel H. Slomsky

Date of Sentence: September 4, 2015

Original Offense: Conspiracy to commit robbery which interferes with interstate commerce (Count One); attempted robbery which interferes with interstate commerce; aiding and abetting (Count Two); conspiracy to possess with the intent to distribute 5 kilograms or more of cocaine (Count Three); attempted possession with intent to distribute 5 kilograms or more of cocaine; aiding and abetting (Count Four); carrying a firearm during and in relation to a crime of violence and to a drug trafficking crime; aiding and abetting (Count Five); and convicted felon in possession of a firearm (Count Six)

Original Sentence: The defendant was committed to the custody of the United States Bureau of Prisons for a term of 24 months on Counts One, Two, Three, Four, and Six, to be served concurrently to each other, and a term of 22 months on Count Five, to be served consecutively, for a total term of 46 months, to be followed by a total term of four years supervised release. A $600 special assessment was also imposed.

Special Conditions: 1) The defendant shall not commit another federal, state, or local crime, shall be prohibited from possessing a firearm or other dangerous device, shall not possess an illegal controlled substance and shall comply with the other standard conditions that have been adopted by this court; 2) The defendant must submit to one drug test within 15 days of commencement of probation and at least two tests thereafter as determined by the probation officer; 3) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 4) The defendant shall cooperate in the collection of DNA as directed by the Probation Officer; 5) The defendant shall pay a fine in the amount of $500.00 at a monthly rate of $50.00 to commence 30 days after release from confinement; and 6) The defendant shall notify the United States Attorney for the district within 30 days of any change of mailing address or residence that occurs while any portion of the fine remains unpaid.

Type of Supervision: Supervised Release              Date Supervision Commenced: August 8, 2016

U. S. Attorney's Response: No Objections ☒    Objections ☐    No Response ☐

RE: Antonio Ellis
Case No. DPAE2:13CR000171-003

☒ To modify the conditions of supervision as follows: The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall participate in drug treatment if deemed necessary by the U.S. Probation Department and will be abide by the rules of any such program until satisfactorily discharged.

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance.

The defendant shall participate in a mental health program for evaluation and/or treatment if deemed necessary by the U.S. Probation Department and will abide by the rules of any such program until satisfactorily discharged.

Respectfully submitted,

Matthew R. MacAvoy, Chief
U.S. Probation Officer

Andrew Senatore
U.S. Probation Officer

Approved:

Dean G. DiPasquale
Supervising U.S. Probation Officer
Date: 9\6\16

AS

ORDER OF THE COURT

Considered and ordered this 7th day of September, 2016 and ordered filed and made part of the records in the above case.

Joel Slomsky
U.S. District Court Judge

9/7/2016
cc: Andrew Senatore
Probation Officer

UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF PENNSYLVANIA

NOTICE OF REQUEST FOR MODIFICATION OF SUPERVISION CONDITIONS

TO: **Antonio Ellis**   CASE NO. **DPAE2:13CR000171-003**

This is to notify you that the U.S. Probation Office intends to make a formal request to the Court that the conditions of supervision be modified as follows:

**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall participate in drug treatment if deemed necessary by the U.S. Probation Department and will be abide by the rules of any such program until satisfactorily discharged.**

**The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance.**

**The defendant shall participate in a mental health program for evaluation and/or treatment if deemed necessary by the U.S. Probation Department and will abide by the rules of any such program until satisfactorily discharged.**

The reason for this modification and addendum to the conditions of supervision is:

**According to the offender's presentence report, the offender reported a substance abuse history for alcohol, marijuana, and prescription pills. Additionally in the presentence report, the offender self reported a prior hospitalization for depression.**

**We are seeking the above modifications solely as a precautionary measure to help with better monitoring the offender and helping to ensure the offender's compliance with the conditions of supervision.**

You are advised that you have the right to a hearing before the Court on the modification of the conditions of supervision, and that you have the right to be represented by counsel at such hearing. You also have the right to waive (give up) such a hearing. You are hereby asked to acknowledge receipt of the "Notice" by signing the applicable portion on the reverse side of this form and returning the form to your Probation Officer. If you desire a hearing, you should sign the ACKNOWLEDGMENT AND REQUEST FOR HEARING portion of the form. If you wish to waive (give up) a hearing, you should sign the ACKNOWLEDGMENT AND WAIVER portion of the form. If you request a hearing, you will be notified by this office of the time and place thereof in due course.

Matthew R. MacAvoy, Chief
U.S. Probation Officer

_____
Andrew Senatore   Date 8-19-16
U.S. Probation Officer

AS

## ACKNOWLEDGMENT AND REQUEST FOR HEARING

I, Antonio Ellis, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision, and request a hearing thereon with my reasons stated below:

Signed:_____
(Date)

---

## ACKNOWLEDGMENT AND WAIVER OF HEARING

I, Antonio Ellis, hereby acknowledge receipt of the Notice of Request for Modification of the Conditions of Supervision. I have read the Notice and understand that I have the right to a hearing before the Court on that request and to the assistance of counsel at the hearing. However, I hereby waive (give up) my right to a hearing and agree to the proposed modifications of conditions of supervision. I also certify that no promises have been made to me in order to induce me to give up my right to a hearing.

Signed: *[signature]* Antonio Ellis  08/19/16
(Date)

WITNESS:

*[signature]*

Name  Andrew Senatore

600 Arch St
Address