September 13, 2016

Askia B. Washington 69032-066
Criminal NO. 13-171

RECEIVED SEP 19 2016

Dear Honorable Judge,
Joel H. Slomsky

    I Askia B. Washington is writing to you on behalf of my "F.n.p." fine. I am asking to have my fine be put on hold until I am either able to pay most of it or upon my release. Because I am not getting paid but $12.³ a month because I am in class studying to take my G.E.D test.
    My family is out there trying to make end's meet and not able to send me money as they were able to do in the past. Can you please help me out with this matter asap? I will appreciate you so much if you can help me out. I am now in here striving Your Honor, I'm in program's and bettering myself and staying positive. I want to thank you in advance even if the answer is no I appreciate you truly. Have a nice day. Again to clear it up the "fine" is the special "Assessment Free"