

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

Eric B. Henson
Direct Dial: (215) 861-8312
Facsimile: (215) 861-8618
E-mail Address: eric.henson@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

October 11, 2016

Honorable Joel H. Slomsky
Judge, United States District Court
13614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1752

        Re: United States v. Askia Washington
           Criminal No. 13-171-02

Dear Judge Slomsky:

      The defendant Askia Washington has written Your Honor requesting that his financial obligation to pay a $400 special assessment be "put on hold" because he is paying only $12 a month into his prison account while he studies for his GED and his family is impecunious. This amounts to a request that the Court modify its judgment which provides that the payment of Washington's monetary penalties, a mandatory $400 special assessment and a $1,500 fine, is "to begin immediately" and that "payment . . . is due during imprisonment" through the Federal Bureau of Prisons' Financial Responsibility Program, a voluntary program to assist inmates in meeting their financial obligations" before the period ending that sentence. Washington has improperly invoked this Court's jurisdiction as the judgment is final and no longer subject to modification and also is on appeal by the defendant which also ousts any jurisdiction the Court might once have had to entertain a request to delay payment of the special assessment.

Honorable Joel H. Slomsky
October 11, 2016
Page 2

Contrary to Washington's claim of insufficient resources to pay his special assessment, almost $1,500 has been deposited in his prison account in the last six months, enough to pay his special assessment more than three times over. Even if Washington had properly invoked the Court's jurisdiction, he has not given any reason to believe that his financial circumstances while serving his prison sentence are unusual at all, much less unduly burdensome or onerous. He also does not suggest that he has attempted in any way to address his financial situation with the Bureau of Prisons in whose custody he is in the Middle District of Pennsylvania, not this District. Washington's plea for "help" cannot be answered affirmatively as he has addressed it to a Court which lacks jurisdiction.

                Respectfully,

                ZANE DAVID MEMEGER
                United States Attorney

                Eric B. Henson
                Assistant United States Attorney

cc: Askia Washington, Register No. 69032-066
  Mark S. Greenberg, Esquire