IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ASKIA WASHINGTON

CRIMINAL ACTION
NO. 13-171-2

FILED
OCT 13 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 13th day of October 2016, upon review of Defendant Askia Washington's Request to Modify Payment of His Special Assessment Fine (Doc. No. 296) and the Government's Response (Doc. No. 297), it is **ORDERED** that Defendant Askia Washington's Request to Modify Payment of His Special Assessment Fine (Doc. No. 296) is **DENIED**.[1]

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

---

[1] Defendant Askia Washington filed with this Court a letter docketed on September 19, 2016 seeking to "put on hold" his financial obligation to pay a $400 special assessment associated with his sentence. (Doc. No. 296.) This letter amounts to a request that the Court modify its judgment, which provided that Defendant's monetary penalties shall begin immediately after sentencing. The Court does not have jurisdiction to modify its prior sentence, and therefore cannot change the timeline upon which Defendant is required to pay the $400 special assessment fee. As such, this Court must deny Defendant's request (Doc. No. 296).